IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY | CIVIL ACTION NO. 04-11975(RWZ) |
| Plaintiff, | |
| v. | |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING and MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING AND HEATING | MOTION FOR ADMISSION *PRO HAC VICE* |
| Defendants. | |

Plaintiffs respectfully move this Court for an Order admitting Daniel Q. Harrington of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania 19103, to practice within the jurisdiction of this Court for the limited purpose of acting as co-counsel with the undersigned attorneys for the Plaintiffs herein, pursuant to Local Rule 83.5.3(b).

In support hereof, Plaintiffs state as follows:

1. Mr. Harrington, duly licensed and admitted to practice in the court of the Commonwealth of Pennsylvania and other jurisdictions, has associated with and will personally appear in this proceeding with Matthew H. Feinberg and Matthew A. Kamholtz, of the law firm of Feinberg & Kamholtz, 125 Summer Street, 6th floor, Boston, MA 02110, who are attorneys in good standing, duly licensed and admitted to practice in the courts of the Commonwealth of

Massachusetts, the United States District Court for the District of Massachusetts, and other jurisdictions.

2.  Mr. Harrington is a member of the bar in good standing in every jurisdiction where he is admitted to practice, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.  Each of the jurisdictions where Mr. Harrington is admitted to practice grants to members of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts in good standing, the privilege of practicing within such jurisdictions for the limited purpose of representing a party in a civil or criminal proceedings.

WHEREFORE, the Plaintiffs pray their motion be allowed.

PACIFIC INDEMNITY COMPANY,
By their attorneys,

9/20/04
Date

Matthew H. Feinberg
BBO #161380
Matthew A. Kamholtz
BBO #257290
FEINBERG & KAMHOLTZ
125 Summer Street, 6th Floor
Boston, MA 02110
(617) 526-0700

and

Daniel Q. Harrington
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 523-2900

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/21/04

[signature]