# WAIVER OF SERVICE OF SUMMONS

TO: Matthew H. Feinberg and Daniel Q. Harrington
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

ATTACHMENT 8

1. I, Martin Sandborg, Individually and d/b/a Sandborg Plumbing and Heating (DEFENDANT NAME), acknowledge receipt of your request that I waive service of summons in the action of Pacific Indemnity Co. v. Kemp, et al. (CAPTION OF ACTION), which is case number 04 11975-RWZ (DOCKET NUMBER), in the United States District Court for the _____ District of Massachusetts.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9/14/04 (DATE REQUEST WAS SENT) or within 90 days after that date if the request was sent outside the United States.

11/02/04
(DATE)

_____ (SIGNATURE)

Printed/Typed Name: Martin Sandborg, Indv. and

As owner (TITLE) of Sandborg Plumbing and Heating (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

[Fine print instructions regarding Federal Rules of Civil Procedure — illegible]