%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Pacific Indemnity Company

V.

Alfred Kemp, Individually and d/b/a Kemp Plumbing, AND Martin Sandborg, Individually and d/b/a Sandborg Plumbing and Heating

**SUMMONS IN A CIVIL CASE**

CASE 04 11975 RWZ

TO: (Name and address of Defendant)   Alfred Kemp, Individually and d/b/a Kemp Plumbing

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew H. Feinberg
Feinberg & Kamholtz
125 Summer Street, 6th Fl.
Boston, MA 02110

Daniel Q. Harrington
Cozen & O'Connor
1900 Market Street, 3rd Fl.
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 1 3 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | NOVEMBER 16, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT TIRRELL | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY LEAVING AT THE LAST AND USUAL PLACE OF ABODE OF THE WITHIN NAMED DEFENDANT ALFRED KEMP. SAID SERVICE WAS MADE AT 6 OLIVE AVENUE, PEMBROKE, MASS. ALSO FIRST CLASS MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00 | $60.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOV. 16, 2004            *(signed)* Robert Tirrell
       Date                                Signature of Server

                           707 E. 6th ST., SOUTH BOSTON, MASS.
                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.