IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 04 11975RWZ

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING, | )<br>)<br>) |
| AND | )<br>) |
| MARTIN SANDBORG, Individually and<br>d/b/a SANDBORG PLUMBING and<br>HEATING, | )<br>)<br>)<br>) |
|     Defendants | ) |

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for Defendant, Martin Sandborg, Individually and d/b/a Sandborg Plumbing and Heating, with respect to the above-entitled matter.

MARTIN SANDBORG, Individually &
d/b/a Sandborg Plumbing & Heating
By his attorneys,

*FINNEGAN, UNDERWOOD,
RYAN & TIERNEY*

/s/ Stimpson B. Hubbard
Stimpson B. Hubbard BBO #559128
22 Batterymarch Street, 4th Floor
Boston, MA  02109
(617) 348-9200

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the *Notice of Appearance* upon all interested parties by mailing a letter, postage prepaid, containing a copy of same, directed

to:

| | |
|---|---|
| Matthew H. Feinberg, Esquire<br>Matthew A. Kamholtz, Esquire<br>Feinberg & Kamholtz<br>125 Summer Street, 6th Floor<br>Boston, MA 02110 | Daniel Q. Harrington, Esquire<br>Cozen & O'Connor<br>1900 Market Street, 3rd Floor<br>Philadelphia, PA 19103 |

John J. Ryan, Jr., Esquire
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110

/s/ Stimpson B. Hubbard
Stimpson B. Hubbard
*FINNEGAN, UNDERWOOD, RYAN & TIERNEY*
22 Batterymarch Street
Boston, MA 02109
(617) 348-9200
BBO #559128

DATED: December 6, 2004