IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY, | CIVIL ACTION NO. 04-11975(RWZ) |
| Plaintiff, | |
| v. | |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING | |
| and | |
| MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING AND HEATING, | CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3) |
| Defendants. | |

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as judicially assisted settlement negotiation, mini-trial, summary jury trial, and mediation.

Respectfully submitted,

PACIFIC INDEMNITY COMPANY

BY: _Pat Healy_

TITLE: _Recovery Examiner_

COZEN O'CONNOR

BY: _____

DANIEL Q. HARRINGTON
1900 Market Street
Philadelphia, PA 19103
215-665-2126

Attorneys for Plaintiff,