IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 04 11975RWZ

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY, | ) |
| Plaintiff | ) |
| VS. | ) |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING, | ) |
| AND | ) |
| MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING and HEATING, | ) |
| Defendants | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned, Martin Sandborg, Individually and d/b/a Sandborg Plumbing, Defendant, and Stimpson B. Hubbard, counsel in this matter, hereby affirm that:

A. They have conferred with a view to establishing a budget for the cost for conducting a full course, and various alternative courses, of the litigation; and

B. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those set forth in Local Rule 16.4.

SIGNED THIS ___ DAY OF _____, 2004.

_____
Martin Sandborg, Individually and
d/b/a Sandborg Plumbing

_____
Stimpson B. Hubbard, Esquire
BBO #559178