IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFRED KEMP, Individually and d/b/a )<br>KEMP PLUMBING )<br>)<br>and )<br>)<br>MARTIN SANDBORG, Individually and d/b/a )<br>SANDBORG PLUMBING AND HEATING, )<br>)<br>Defendants. ) | Civil Action No.: 04-11975-RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(3)

Counsel for third-party defendant Alfred Kemp, Individually and d/b/a Kemp Plumbing hereby certifies that I have conferred with my client regarding establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation. I further certify that I have conferred with my client regarding resolution of the litigation through alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS _8th_ DAY OF DECEMBER, 2004

Counsel for Alfred Kemp,
Individually and d/b/a Kemp Plumbing,

_____
John J. Ryan, Jr., Esq.
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110

Insurer for Alfred Kemp,
Individually and d/b/a Kemp Plumbing,

_____
Stephanie Maruzzi
OneBeacon Insurance
P.O. Box 712
Foxboro, MA 02035