**EXHIBIT D**

**EXponent**
*Failure Analysis Associates*

Exponent
21 Strathmore Road
Natick, MA 01760

telephone 508-652-8500
facsimile 508-647-1899
www.exponent.com

## Quinn C. Horn, Ph.D.
**Senior Engineer**

### Professional Profile

Dr. Quinn C. Horn is a Senior Engineer in Exponent's Mechanical Engineering and Materials/Metallurgy practice. Dr. Horn's expertise is in metallurgical engineering, including experience in corrosion analysis, battery manufacturing, and battery science. He has extensive experience with material characterization techniques, including optical and electron microscopy, X-ray diffraction, electron and X-ray spectroscopy, micro CT X-ray imaging, and electrochemical testing.

Dr. Horn is a Research Affiliate at the Massachusetts Institute of Technology, where he collaborates with researchers in the Electrochemical Energy Laboratory to develop new high-energy and high-power electrodes for batteries and fuel cells. He has recently co-developed new gas diffusion electrodes for metal-air batteries and fuel cells, and is currently developing techniques to assess the effect of manufacturing defects on the safety and reliability of lithium-ion batteries.

Prior to joining Exponent, Dr. Horn held positions as a Principal Scientist at Physical Sciences Inc. (PSI), and as a Staff Technology Engineer at Energizer/Eveready Battery Company. At PSI, Dr. Horn developed nano-structured, high-energy, and high-power electrodes for lithium-ion batteries. At Energizer, Dr. Horn was responsible for the Microscopy and Materials Group, where he conducted numerous failure analysis studies to solve problems related to battery manufacturing. These problems typically involved complex interactions between corrosion, wear, and material fatigue. Dr. Horn also supported battery research efforts at Energizer by developing characterization techniques for determining discharge reaction mechanisms in batteries, and used structure/processing/property relationships to correlate electrode microstructure to electrochemical performance in alkaline and lithium primary batteries.

### Credentials and Professional Honors

Ph.D., Metallurgical and Materials Engineering, Michigan Technological University, 1998
M.S., Metallurgical Engineering, Michigan Technological University 1995
B.S., Metallurgical Engineering, Michigan Technological University, 1993

Iron and Steel Society's Young Leaders Award (1997–1998); DeVleig Academic Fellowship (1997); Department of Defense Graduate Research Fellow (1994-1997); Forging Industry Education and Research Foundation's Forging Achievement Award (1992)

Materials Research Society (2001–Present); Electrochemical Society (1999–present); Tau Beta Pi (1992–present); Alpha Sigma Mu (1991–present); President of Alpha Chapter (1992–1993); ASM/TMS (1991–present)

PLAINTIFF'S
EXHIBIT
D
tabbies

**Patent Applications**

"Electrode for an Electrochemical Cell and Process for Making the Electrode," U.S. Patent Application No. 20040013940, filed January 22, 2004.

"Fiber Structures Including Catalysts and Methods Associated with the Same," U.S. Patent Application No. 20060019819, filed July 23, 2004 (with Y. Shao-Horn and J.P. Kurpiewski).

**Publications**

"Morphology and Spatial Distribution of ZnO Discharge Product in Commercial Zn/MnO$_2$ AA Batteries," *Journal of the Electrochemical Societ*y, Vol. 150, No. 5, pp. A652–A658, May 2003 (with Y. Shao-Horn).

"Nano-FeS$_2$ for Commercial Li/FeS$_2$ Primary Batteries," *Journal of the Electrochemical Society*, Vol. 149, No. 11, pp. A1499–A1502, November 2002 (with Y. Shao-Horn and S. Osmialowski).

"Reinvestigation of Cathodic Discharge Mechanisms in Lithium-FeS$_2$ Cells at Ambient Temperatures," *Journal of the Electrochemical Society*, Vol. 149, No. 12, pp. A1547–A1555, December 2002 (with Y. Shao-Horn and S. Osmialowski).

"Chemical, Structural and Electrochemical Comparison of Natural and Synthetic FeS$_2$ Pyrite in Lithium Cells," *Electrochimica Acta*, Vol. 46, pp. 2613, 2001 (with Y. Shao-Horn).

"The Effect of Magnesium Additions on the Evolution of PH$_3$ Gas from FeSi75 Alloys," Proceedings of the 56[th] Electric Arc Furnace Conference, New Orleans, LA, November 1998 (with R.W. Heckel and C.L. Nassaralla).

"Microstructural Study of Granulated Ferrosilicon with 75wt% Silicon," Proceedings of the INFACON 8 meeting, Beijing, China, June 1998 (with R.W. Heckel and C.L. Nassaralla).

"Reactive Phosphide Inclusions in Commercial Ferrosilicon," *Metallurgical Transactions,* Vol. 29B, No. 2, pp. 325–329, April 1998 (with R.W. Heckel and C.L. Nassaralla).

"Interaction of Ferrosilicon Alloys with the Environment," Proceedings of the Japan-U.S. Joint Seminar for Clean Steel for the 21st Century, pp. 97–102, Y. Iguchi (ed.), Futtsu, Chiba, Japan, April 25–27, 1996 (with R.W. Heckel and C.L. Nassaralla).

"Edge Instabilities in Thin Plates Studied by *In Situ* Transmission Electron Microscopy," *Ultramicroscopy*, Vol. 51, pp. 81–89, 1993 (with S.A. Hackney, T.M. Lillo, R.S. Kedia, and M.R. Plichta).

"Edge Instabilities in Thin Plates with Spatial Variations in Thickness," Scr. Metall. Mater., Vol. 28, No. 3, 269–274, 1993 (with R.S. Kedia, T.M. Lillo, M.R. Plichta, and S.A. Hackney).

**Presentations**

"Anode and Cathode Templated Three-dimensional Lithium-Ion Batteries Based on Nano-fibrous Electrodes," Invited presentation, 208th Electrochemical Society Meeting, Los Angeles, CA, Fall 2005 (with K. White, A. Newman, J. Boehme, C. Middleton, R. Pawle, E. Middleton, J. Lennhoff, and Y. Shao-Horn),

"Lithium-Ion Batteries with Three-Dimensional Electrode Architectures," Invited presentation, Energizer Battery Company, Corporate Technology Center, Westlake, OH, May 3, 2005.

"Engineered Electrodes and Membrane Electrode Assemblies for PEM Fuel Cells," presented at the ASME Congress, Anaheim, CA, November 15, 2004 (with J.P. Kurpiewski and Y. Shao-Horn).

"Storage of Ammonia in Metal Organic Frameworks," Invited presentation, Nano Materials for Defense Applications Meeting, Maui, Hawaii, February 2004 (with A. Rose, A. Hunter, G. Harris, and J.D. Lennhoff).

"Three-Dimensional Cathode Materials from Electrospinning," Presented at the 204th Electrochemical Society Meeting, Orlando, Florida, Fall 2003 (with K.C. White, E. Salley, and J.D. Lennhoff).

"Three Dimensional Lithium Ion Batteries Based on Non-Woven Carbon Fabrics," Presented at the 204th Electrochemical Society Meeting, Orlando, Florida, Fall 2003 (with K.C. White, Y. Shao-Horn, and J.D. Lennhoff).

"Morphology and Spatial Distribution of ZnO Discharge Product in Commercial $Zn/MnO_2$ AA Batteries," Poster presentation at the International Battery Association/Hawaii Battery Conference Joint Meeting, Waikola Beach Resort, Hawaii, January 2003 (with Y. Shao-Horn).

"The Effect of Magnesium Additions on the Evolution of $PH_3$ Gas from FeSi75 Alloys," Presented at the 56th Electric Arc Furnace Conference, New Orleans, LA, November 1998 (with R.W. Heckel and C.L. Nassaralla).

"Microstructural Study of Granulated Ferrosilicon with 75wt% Silicon," Presented at the INFACON 8 meeting, Beijing, China, June 1998 (with R.W. Heckel and C.L. Nassaralla).

"Reactive Phosphides in Commercial Ferrosilicon," Presented at the Iron and Steel Making Conference, Chicago, IL, April 1997 (with R.W. Heckel and C.L. Nassaralla).

"Interaction of Ferrosilicon Alloys with the Environment," Presented at the Japan-U.S. Joint Seminar for Clean Steel for the 21st Century, Futtsu, Chiba, Japan, April 25–27, 1996 (with R.W. Heckel and C.L. Nassaralla).



**EXHIBIT E**

THOMAS W. EAGAR, Sc.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307
617-253-3229
FAX 617-252-1773

March 13, 2006


Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, Pennsylvania 19103

Attention:    Dan Harrington

RE:        Marino v. Alfred Kemp
            Supplemental Report

Dear Mr. Harrington,

Since preparing my report of February 24, 2006, I have reviewed the two Exponent reports in the above referenced matter. I wish to respond to the report of Quinn G. Horn.

1.     The Horn report indicates that lead leached out of the brass valve into the solder, creating a low melting tin-lead base alloy that permitted the valve to become unsoldered during the fire. There are several reasons why this is not a scientifically valid hypothesis.

        a.     Figure 21 of the Horn report shows no lead in the solder (Region 1 of Figure 20.) This is the precise area where the Horn hypothesis would expect to see the most lead in the alloy if it is leaching out of the valve.

        b.     The lead would have to diffuse laterally across the brass rather than into the bulk solder, given the thickness of the solder layer and the distribution of the lead in the brass as shown in Figure 20. There is no reason why the lead would travel laterally rather than through the thickness of the solder.

        c.     The lead peak shown in Figure 12 sits atop a sulfur peak; hence, one cannot distinguish lead from sulfur by this technique. This is acknowledged in Figures 18, 29 and 30 of the Horn report. Sulfur is a common component of sooted surfaces in a fire due to decomposition of gypsum from wallboard as found in residential fires.

        d.     The "lead" of Figure 12 is measured at the ridgeline of the ridge of solder. If the lead leached out of the valve, but did not travel beyond the base of the ridge, the Horn report does not explain the finding of lead at the ridgeline. The ridgeline is where one would expect the least "lead."


PLAINTIFF'S
EXHIBIT
tabbies

Dan Harrington
March 13, 2006
Page Two


Thus, item 4 on p.32 of the Horn report is not only not supported by the available evidence; it is contrary to the available evidence.

2.  The discussion of how a plumber unsolders a joint on p.32 of the Horn report is purely speculative. I have performed plumbing repairs and this is not the practice that I would use, nor is it the practice that I have seen used by licensed plumbers.

3.  The discussion of dissolution of the solder by the lead leached from the joint on p.34 through 37 of the Horn report is not consistent with the known metallurgical literature.

Dissolution of a higher melting metal by a melting point depressant does not result in a liquid of the eutectic composition unless the dissolution temperature is the eutectic temperature. The liquid forms until the maximum amount of liquid is present as defined by the equilibrium diagram at the dissolution temperature. For example, using Figure 33 of the Horn report, at 225°C, the liquid would form an alloy of approximately 60% Sn and 40% Pb (atomic). Some of these dissolution principles of transient liquid phase bonding with a melting point depressant are provided in papers 121, 123, 130, 131, 154, 155 and 163 from my curriculum vitae, which has been provided.


In summary, the Horn report is a mass of confusion. It states hypotheses masquerading as scientific conclusions even when the available data refutes the hypothesis. There is no peer reviewed scientific literature to support the hypothesis of metallurgical dissolution of only a thin layer of solder. Indeed, the literature indicates that the Horn description is not correct. Simply put, the Horn report does not meet the standards required of modern forensic practice.

These opinions are provided based upon the information available and are provided within a reasonable degree of engineering certainty. Should additional information become available, I reserve the right to supplement this report.

Sincerely yours,

*Thomas W. Eagar*

Thomas W. Eagar

jh

**EXHIBIT F**

# J. LESTER MacLAUGHLIN & CO., INC. *Contractors and Engineers*

PLUMBING ★ HEATING ★ GAS FITTING ★ SPRINKLER SYSTEMS ★ SHEET METAL WORK ★ AIR CONDITIONING

365 Ferry Street, Everett, Massachusetts 02149-P.O. Box 490096

Phone (617) 387-4058 - (617) 387-4059
Fax  (617) 387-3319
Email: JLMCO@comcast.net

Established 1929

March 20, 2006

Atty. Daniel Harrington
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103

RE:     Roger and Michelle Marino
        254 Westfield Street
        Dedham, MA
        File # 132682

I have reviewed the report of Exponent concerning the above captioned matter and offer the following observations concerning Exponent's statements of common plumbing practice.

1.  It would definitely not be common practice to wipe off unsoldered joints well laying on ones back underneath a kitchen sink.  Any little pieces of hot solder would strike one in the face or hands.  Further, it would be very difficult to get all the way around the fitting and wipe all of the solder off.



# J. LESTER MacLAUGHLIN & CO., INC.  *Contractors and Engineers*

PLUMBING ★ HEATING ★ GAS FITTING ★ SPRINKLER SYSTEMS ★ SHEET METAL WORK ★ AIR CONDITIONING

365 Ferry Street, Everett, Massachusetts 02149-P.O. Box 490096

Phone (617) 387-4058 - (617) 387-4059
Fax  (617) 387-3319
Email: JLMCO@comcast.net

Established 1929

March 20, 2006
Roger and Michelle Marino
Page 2

2.  The purpose of unsoldering the joints was to aid in the removing and relocating of the piping.  This piping would most probably not be used in the new location.  In any case, it would be much easier to clean the end of the joint when it was removed from underneath the sink.

3.  It would be easier to remove the ½" copper x 3/8" compression adaptor while still attached to the flexible supply since one can merely pull on the supply while heating the fitting.  This adaptor can then be more easily removed from the flexible supply when it is not tied to a pipe underneath the sink.  It is difficult to get a wrench up under the sink to disconnect a flexible adaptor that is most probably not going to be used in the future.

# J. LESTER MacLAUGHLIN & CO., INC.    *Contractors and Engineers*

PLUMBING  ★  HEATING  ★  GAS FITTING  ★  SPRINKLER SYSTEMS  ★  SHEET METAL WORK  ★  AIR CONDITIONING

365 Ferry Street, Everett, Massachusetts 02149-P.O. Box 490096

Phone (617) 387-4058 - (617) 387-4059
Fax  (617) 387-3319
Email: JLMCO@comcast.net

Established 1929

March 20, 2006
Roger and Michelle Marino
Page 3

I thank you for the opportunity of this report.  If there are any further questions, please

feel free to call.

Very truly yours,

*Lester S. MacLaughlin*

Lester S. MacLaughlin

LSM/jl