**EXHIBIT H**


Exponent
*Failure Analysis Associates*

## Timothy J. Myers, Ph.D.
Managing Engineer

### Professional Profile

Dr. Timothy Myers is a Managing Engineer in Exponent's Thermal Science practice. He applies chemical engineering principles to analyze industrial processes and to investigate and prevent incidents involving chemical releases, fires, and explosions. His investigations have included incidents occurring in a variety of chemical and industrial facilities, the warehousing and transport of hazardous chemicals, and commercial and residential structures. He has conducted engineering analysis and experimental testing involving chemical reactions, heat and mass transfer, fluid mechanics, thermodynamics, fires, and dust and gas explosions. Dr. Myers is a member of the ASTM committee responsible for the development of standards to determine the thermal stability of liquid and solids and the ignition and flammability properties of gases, vapors, and dusts clouds.

Dr. Myers has a particular interest in the stability of chemicals and chemical mixtures and their fire and explosion hazards. He has investigated incidents involving self-heating or thermal runaway of chemicals and unintentional reactions of incompatible chemicals. His interest includes developing methodologies to identify and mitigate reactive chemical hazards in chemical processes. He has also analyzed the effects of specific chemicals on the integrity of process equipment.

Dr. Myers has participated in the investigation of several catastrophic dust explosions that have occurred throughout the United States. His work in these investigations has included determining the origin and cause of the explosions, experimentally measuring the dust explosion properties of materials, modeling explosion dynamics, and determining compliance of the facility with current and historical regulations, codes, and guidelines for the prevention of dust explosions. Dr. Myers also audits existing and new facilities for dust explosion hazards and assists clients in developing approaches to mitigate dust explosion hazards.

Prior to joining Exponent, Dr. Myers was a Graduate Student Researcher at the University of California, Berkeley and Lawrence Berkeley National Laboratory.

### Credentials and Professional Honors

Ph.D., Chemical Engineering, University of California, Berkeley, 1999
B.S., Forest Resources—Pulp and Paper Science, University of Washington (*magna cum laude*), 1993

12 05


PLAINTIFF'S EXHIBIT H

Certified Fire and Explosion Investigator (CFEI) in accordance with the National Association of Fire Investigators National Certification Board per NFPA 921 Section 13.6.4.2; Fire Origin and Cause Investigation Training, California State Fire Marshal; Engineer-in-Training, Massachusetts, #18844; Confined Space Entry Certification, 29 CFR 1910.146; Hazardous Waste Operation and Emergency Response Certification, 29 CFR 1910.120

Golden Key National Honor Society; University of Washington Kyosti V. Sarkanen Scholarship (1992); Technical Association of the Pulp and Paper Industry Engineering Division Scholarship (1992); Technical Association of the Pulp and Paper Industry Paper and Board Manufacture Division Scholarship (1992)

American Institute of Chemical Engineers (Senior Member); American Society for Testing and Materials (Member Committee E27 on Hazard Potential of Chemicals); National Association of Fire Investigators (Member); National Fire Protection Association (Principal Member: Committee on Combustible Metals and Metal Dusts responsible for NFPA 484 *Standard for Combustible Metals, Metal Powders, and Metal Dusts* and Committee on Wood and Cellulosic Materials Processing responsible for NFPA 664 *Prevention of Fires and Explosions in Wood Processing and Woodworking Facilities*); Reactivity Management Roundtable (Member); Technical Association of the Pulp and Paper Industry (Member)

## Publications

"Fires and Explosions in Vapor Control Systems: A Lessons Learned Anthology," *Process Safety Progress*, Vol. 22, No. 4, pp. 195–199, 2003 (with H. Kytömaa and R. Martin).

"Test Your Incinerator Knowledge," *Chemical Engineering Progress*, Vol. 99, No. 2, pp. 36–39, 2003 (with R. Martin, P. Hinze, and H. Kytömaa).

"Thermal Oxidizing Systems," *Hydrocarbon Processing*, Vol. 81, No. 11, pp. 79–80, 2002 (with R. Martin, P. Hinze, and H. Kytömaa).

"Transient Foam Displacement in the Presence of Residual Oil: Experiment and Simulation Using a Population-Balance Model," *Industrial & Engineering Chemistry Research*, Vol. 39, pp. 2725–2741, 2000 (with C. Radke).

"The Role of Residual Oil in the Mechanistic Simulation of Foam Flow in Porous Media: Experiment and Simulation with the Population-Balance Method," Ph.D. Dissertation, University of California, Berkeley, 1999.

## Presentations

"Making a Reactive Chemical System Inherently Safer at a Small Company: Case Study of the CDG Gas:Solid™ Chlorine Dioxide Generator," Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2005 (with T. McWhorter).

"Environmental Stress-Corrosion Cracking of Fiberglass: Lessons Learned from Failures at Small Chemical Facilities," Mary Kay O'Connor Process Safety Center Symposium, College Station, TX, 2005 (with H. Kytömaa and T. Smith).

"Dust Explosions in the Pulp and Paper Industry," Technical Association of the Pulp and Paper Industry Engineering, Pulping, and Environmental Conference, Philadelphia, PA, 2005.

"Scientific Investigation of Fires and Explosions," Pennsylvania Defense Institute Annual Meeting, Gettysburg, PA, 2004.

"Fires and Explosions in Vapor Control Systems: A Lessons Learned Anthology," 36th Annual Loss Prevention Symposium, American Institute of Chemical Engineers Spring National Meeting, New Orleans, LA, 2002 (with H. Kytömaa and R. Martin).

"The Bridging Coefficient as an Antifoaming Criterion: Thermodynamic Basis and Film-Rupture Mechanisms," American Institute of Chemical Engineers Annual Meeting, Dallas, TX, 1999 (with C. Radke).

"Transient Foam Displacement in the Presence of Residual Oil: Experiment and Simulation Using a Population-Balance Model," Society of Petroleum Engineers Annual Technical Conference and Exhibition, Houston, TX, 1999 (with C. Radke).

"The Role of Residual Oil in the Mechanistic Simulation of Foam Flow in Porous Media: Theory and Experiment," 68th Annual Western Regional Meeting of the Society of Petroleum Engineers, Bakersfield, CA, 1998 (with C. Radke).

"Mechanism of Rupture of Foam Lamellae Moving across a Wetting Discontinuity," American Institute of Chemical Engineers Annual Meeting, Los Angeles, CA, 1997 (with C. Radke).

# Appendix B

Case 1:04-cv-11975-RWZ    Document 16-5    Filed 05/02/2006    Page 5 of 6

# Testimony of
# Timothy J. Myers, Ph.D.

| Case | Type | Court | Year |
|---|---|---|---|
| Envirogen, Inc. v. Design Equipment Systems, Inc. | Deposition | In the Superior Court of New Jersey Law Division: Mercer County – Docket No.: MER-L-001513-97 | 2001 |
| Gregory A. Roach v. Para-Chem, et al., and Gordon Falkner v. Para-Chem, et al. | Deposition | In the Court of Common Pleas of Summit County, Ohio – Case Nos.: 2000-09-4215 and 2000-09-4089 | 2002 |
| Vance, et al. v. APV Engineered Coatings, et al. | Deposition | In the Court of Common Pleas of Stark County, Ohio – Case No.: 2002-CVO-1102 | 2003 |
| Bailey PVS Oxide [Delta], L.L.C. and Fulcrum Insurance Company v. Plas-Tanks Industries, Inc. | Deposition | In the United States District Court for the North District of Ohio Western Division – Case No.: 3:02 CV 7363 | 2003 |
| Envirogen, Inc. v. Design Equipment Systems, Inc. | Trial | In the Superior Court of New Jersey Law Division: Mercer County – Docket No.: MER-L-001513-97 | 2004 |
| Liberty Mutual Property Wausau Insurance Companies and National Union Fire Insurance Company of Pittsburgh v. Zurich American Insurance Company | Deposition and Arbitration | Consolidated Arbitration | 2004 |
| Emil Ruben Daviran, et al. v. Matheson Tri-Gas, Inc., et al. | Deposition | In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida – Case No.: 01-009692(11) | 2005 |
| Universal Underwriters Group A/S/O Budd Baer, Inc. v. Uniram, Inc. | Arbitration | In the United States District Court for the Western District of Pennsylvania – Civil Action No. 04-1759 | 2005 |

## Compensation

Exponent Failure Analysis Associates, Inc. is compensated at $245.00 per hour for the time of Dr. Myers in 2006.

Testimony of Timothy J. Myers, Ph.D.