IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>    Plaintiff,<br><br> v.<br><br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>    and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>    Defendants. | C.A. No.: 04-11975-RWZ |

### AFFIDAVIT OF JOHN J. RYAN, JR. IN SUPPORT OF DEFENDANT'S, ALFRED KEMP, INDIVIDUALLY AND D/B/A KEMP PLUMBING, OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY FROM DEFENDANT KEMP'S EXPERTS QUINN HORN AND TIMOTHY MYERS

  I, John J. Ryan, Jr., attorney for the defendant Alfred Kemp, Individually and d/b/a Kemp Plumbing in the above matter, do hereby state under oath:

1. A true and accurate copy of the Report of Thomas Klem dated July 29, 2005 is attached hereto as <u>Exhibit A</u>.

2. A true and accurate copy of the Report of Thomas Klem dated March 23, 2006 is attached hereto as <u>Exhibit B.</u>

3.   A true and accurate copy of the Report of Timothy Myers dated March 7, 2006 is attached hereto as Exhibit C.

4.   A true and accurate copy of the Report of Quinn Horn dated March 7, 2006 is attached hereto as Exhibit D.

5.   A true and accurate copy of the Deposition of Alfred Kemp is attached hereto as Exhibit E.

6.   A true and accurate copy of the Deposition of Kraig Magnussen is attached hereto as Exhibit F.

7.   A true and accurate copy of the Deposition of Martin Sandborg is attached hereto as Exhibit G.

8.   A true and accurate copy of the Deposition of Stephen Driscoll is attached hereto as Exhibit H.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF MAY, 2006.

/s/ John J. Ryan, Jr.
John J. Ryan, Jr.