IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>        Plaintiff,<br><br>v.<br><br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>        and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>        Defendants. | C.A. No.: 04-11975-RWZ |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Now comes the defendant, Al Kemp, Individually and d/b/a Kemp Plumbing, and hereby requests an oral argument pursuant to Local Rule 7.1(B)(D) on Defendant's Alfred Kemp, Individually and d/b/a Kemp Plumbing, Opposition To Plaintiff's Motion In Limine To Exclude Certain Testimony From Defendant Kemp's Experts Quinn Horn And Timothy Myers.

Respectfully submitted,
The Defendant,
ALFRED KEMP, Individually and d/b/a KEMP PLUMBING
By his attorney,

/s/ John J. Ryan, Jr.
John J. Ryan, Jr., BBO# 435620
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

I, John J. Ryan, Jr., hereby certify that on May 16, 2006, I served a copy of the within document was served via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

/s/ John J. Ryan, Jr.
John J. Ryan, Jr.