IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY )<br>15 Mountain View Road )<br>Warren, NJ 07061-1615 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ALFRED KEMP, Individually and d/b/a )<br>KEMP PLUMBING )<br>P.O. Box 1322 )<br>Pembroke, MA 02359 )<br> )<br>  and )<br> )<br>MARTIN SANDBORG, Individually and d/b/a )<br>SANDBORG PLUMBING AND HEATING )<br>13 Liberty Street )<br>Sandwich, MA 02563, )<br> )<br>    Defendants. )<br> ) | C.A. No.: 04-11975-RWZ<br>BBO# 435620<br>BBO# 552588<br>BBO#638371 |

**NOTICE OF APPEARANCE**

TO THE CLERK IN THE ABOVE –MENTIONED COURT:

  Please enter the appearance of Virginia Connelly, as an attorney for the defendant Alfred Kemp, Individually and d/b/a Kemp Plumbing, in reference to the above-entitled matter.

Defendants,
Alfred Kemp, Individually and d/b/a Kemp Plumbing
By their attorneys,

/s/ Virginia W. Connelly
John J. Ryan, Jr., BBO#435620
Christopher G. Betke, BBO# 552588
Virginia W. Connelly, BBO#638371
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

CERTIFICATE OF SERVICE

I, Virginia W. Connelly, hereby certify that on the 19 day of May, 2006, I served a copy of the within document upon all counsel of records by serving counsel first class mail, postage prepaid to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

/s/ Virginia W. Connelly
Virginia W. Connelly