IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY ) <br> 15 Mountain View Road ) <br> Warren, NJ 07061-1615 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ALFRED KEMP, Individually and d/b/a ) <br> KEMP PLUMBING ) <br> P.O. Box 1322 ) <br> Pembroke, MA 02359 ) <br> ) <br> and ) <br> ) <br> MARTIN SANDBORG, Individually and d/b/a ) <br> SANDBORG PLUMBING AND HEATING ) <br> 13 Liberty Street ) <br> Sandwich, MA 02563, ) <br> ) <br> Defendants. ) <br> ) | C.A. No.: 04-11975-RWZ <br> BBO# 435620 <br> BBO# 552588 <br> BBO#638371 |

**NOTICE OF WITHDRAWAL**

TO THE CLERK IN THE ABOVE –MENTIONED COURT:

Please withdraw the appearance of Virginia Connelly as attorney for the defendant Alfred Kemp, Individually and d/b/a Kemp Plumbing, in reference to the above-entitled matter.

        Defendants,
        Alfred Kemp, Individually and d/b/a Kemp Plumbing
        By their attorneys,

        /s/ Virginia W. Connelly
        John J. Ryan, Jr., BBO#435620
        Christopher G. Betke, BBO# 552588
        Virginia W. Connelly, BBO#638371
        Ryan, Coughlin & Betke, LLP
        175 Federal Street

Boston, MA 02110<br>
(617) 988-8050

CERTIFICATE OF SERVICE

I, Virginia W. Connelly, hereby certify that on the 10 day of July, 2006, I served a copy of the within document upon all counsel of records by serving counsel first class mail, postage prepaid to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

/s/ Virginia W. Connelly
Virginia W. Connelly