# THOMAS W. EAGAR

MIT, Room 4-136                              Home:
77 Massachusetts Ave                         138 Claflin St.
Cambridge, MA  02139                         Belmont, MA  02478
Voice:  (617) 253-3229                       (617) 484-0571
FAX:  (617) 252-1773
tweagar@mit.edu

## PROFESSIONAL INTERESTS:

Materials processing and manufacturing; special interests in welding and joining of metals, ceramics and electronic materials; deformation processing; alternate manufacturing processes; manufacturing management; materials systems analysis; selection of materials and failure analysis.

## EDUCATION:

S.B.    Metallurgy and Materials Science,
           Massachusetts Institute of Technology, 1972
Sc.D.   Metallurgy, Massachusetts Institute of Technology, 1975
---       Business Administration, Lehigh University, 1975-76
---       Program for Senior Executives, Sloan School of Management,
           Massachusetts Institute of Technology, 1988

## EMPLOYMENT:

Bethlehem Steel Corporation
           Homer Research Laboratories
                      Research Engineer, 1974-1976
Massachusetts Institute of Technology
           Department of Materials Science and Engineering
                      Assistant Professor of Materials Engineering, 1976-1980
                      Associate Professor of Materials Engineering, 1980-1987
US Office of Naval Research - Tokyo
                      Liaison Scientist, 1984-1985
Massachusetts Institute of Technology
                      Professor of Materials Engineering, 1987-
                      Professor of Engineering Systems, 2000-
                      Leaders for Manufacturing Professor, 1988-1993
                      Department Head, Materials Science and Engineering (Acting), March 1989
                       –August, 1989

Richard P. Simmons Professor of Materials Engineering, 1990-1993
Director, Materials Processing Center, 1991-1993
POSCO Professor of Materials Engineering, 1993-1999
Co-Director, Leaders for Manufacturing Program, 1993-1995
Department Head, Materials Science & Engineering, 1995-2000
Thomas Lord Professor of Materials Engineering and Engineering Systems, 2001-

**HONORS AND AWARDS:**
International Junior Civitan of the Year, 1968
Dennison K. Bullens Scholarship, 1969-1971
Foundry Educational Foundation Scholarship, 1970-1971
Phi Lambda Upsilon, Member 1971
Tau Beta Pi, Member, 1971; Distinguished Service Award, 1980
National Science Foundation Graduate Fellowship, 1972-1974
Metallurgy and Materials Prize, Boston Section AIME, 1972
Adams Memorial Membership Award, American Welding Society, 1979-1983
Charles H. Jennings Memorial Medal, American Welding Society, 1983, 1991
Champion H. Mathewson Gold Medal, TMS-AIME, 1987
Henry Krumb Lecturer, TMS/SME-AIME, 1987
National Science Foundation Creativity Extension Award, 1988-1990
ASM International, Fellow, 1989
Houdremont Lecturer, International Institute of Welding, 1990
Richard P. Simmons Professorship, 1990-1993
Warren F. Savage Award, American Welding Society, 1990, 1996
William Spraragen Award, American Welding Society, 1990, 1993
Comfort A. Adams Lecturer, American Welding Society, 1992
Henry Marion Howe Medal, ASM International, 1992
William Irrgang Award, American Welding Society, 1993
Leaders for Manufacturing Professorship, 1988-1993
Richard P. Simmons Professorship, 1990-1993
POSCO Professorship, 1993-1999
Thomas Lord Professorship, 2001-
American Welding Society, Fellow, 1994, Honorary Member, 1999
Nelson W. Taylor Lecturer, Pennsylvania State University, 1995
National Academy of Engineering, 1997
General Electric Distinguished Lecture, Rensselaer Polytechnic Institute, 2001
Silver Quill Award, American Welding Society, 2002
American Association for the Advancement of Science, Fellow, 2003
**ACTIVITIES:**
National Academy of Engineering, Member
American Welding Society, Fellow and Honorary Member; *Welding Journal*, Principal Reviewer;
        Awards Committee, Professional Certification Committee
American Council of International Institute of Welding, Member
ASM International, Fellow
American Institute of Mining, Metallurgical and Petroleum Engineers, Member
Tau Beta Pi, Member, New England District Director (1977-1980), MIT

Chapter Advisor, 1977- 2001, Chief Advisor, 2002 -
American Association for the Advancement of Science, Fellow
Society of Automotive Engineers, Member
American Ceramic Society, Member
Society of Manufacturing Engineers, Member
American Society of Mechanical Engineers, Member
American Society for Testing and Materials, Member
Materials Research Society, Member
Registered Professional Engineer, Massachusetts Certificate Number 29726
Navy Joining Center, Technical Advisory Board
Editorial Board, *Science and Technology of Welding and Joining*
Automatic Welding Journal (Ukraine), Member International Editorial Council, 2002


**SERVICE ON NATIONAL LEVEL**
National Research Council:
Board on Manufacturing and Engineering Design, 2003-2005
Committee on New Directions in Manufacturing, 2002-2004
Committee on Future Needs in Deep Submergence Science, 2003-2004
National Materials Advisory Board, 1998-2002
Panel on Structural and Multifunctional Materials, 2000-2001
Panel for Materials Science and Engineering, member, 1991-1996
Department of Energy Panel on Integrated Manufacturing, member, 1996
Unit Manufacturing Process Research Committee, member, 1991-1995
Department of Energy Panel on Integrated Manufacturing, member, 1994
SR-1256 – Project Advisory Committee for Investigation of Steels for Improved Weldability in
Ship Construction, member, 1978-1983

U.S. Congress:
Manufacturing R&D: How Can the Federal Government Help? – Testimony before the
Subcommittee on Environment, Technology and Standards, Committee on Science, U.S. House
of Representatives, 108th Congress June 5, 2003

U.S. Department of Energy:
Idaho National Engineering Laboratory, Review of Materials, 1999
Oak Ridge National Laboratory, Review Panel, Division of Metals, Ceramics and Engineering,
2002

State of Ohio:
Ohio State Board of Regents, Review Panel, Capital Equipment Funding, 1999

**TEACHING EXPERIENCE:**

| Undergraduate: | Graduate: | Professional: |
|---|---|---|
| Thermodynamics | Kinetics | Materials Selection |

Chemical Metallurgy
Physical Metallurgy
Materials Processing
Solid State Chemistry
Physical Chemistry
Essentials of Engineering

Deformation Processing
Welding and Joining
  Processes
Materials Selection
Product Design

Welding and Joining Processes
Failure Analysis
Non-destructive Testing

## PUBLICATIONS:

1. "Metallurgical Considerations for Optimizing the Superconducting Properties of $Nb_3Al$," J.G. Kohr, T.W. Eagar, and R.M. Rose, *Metall. Trans.*, *3(5),* 1177, 1972.

2. "Preliminary Measurements of the Critical Current Density of $Nb_3Al_{0.8}Ge_{0.2}$ Ribbon", R. Loberg, T. W. Eagar, I. M. Puffer, R. M. Rose, in *Proc of Fourth Int. Conf. on Magnet Technology*, Brookhaven National Lab, 1972.

3. "Fabrication and Jc(H,T) Measurements on $Nb_3Al_{.75}Ge_{.25}$ Ribbon," R. Loberg, T.W. Eagar, I.M. Puffer and R.M. Rose, *Appl. Phys. L.*, *22(2),* 69, l973.

4. "Resistive Measurements on an Improved NbAlGe Superconducting Ribbon," T.W. Eagar and R.M. Rose, *IEEE Nucl. S., NS-20 (3),* 742, 1973.

5. "Improved Jc in Mechanically Fabricated $Nb_3Al$ Wires and Ribbons," T.W. Eagar and R.M. Rose, *IEEE Magnet., Mag-11(2),* 214, 1975.

6. "LNG Hull Steels with Improved High Heat Input Weldability," T.W. Eagar and J.C. Baker, ASM-ASTM-MPC Symposium on Low Temperature Properties of Ship Plate, 1976.

7. "Sources of Weld Metal Oxygen Contamination During Submerged Arc Welding," T.W. Eagar, *Welding J., 57(3),* 76s, 1978.

8. "Electromagnetically and Thermally Driven Flow Phenomena in Electroslag Welding," A.H. Dilawari, J. Szekely and T.W. Eagar, *Metall. Trans., 9B(9),* 371, 1978.

9. "An Analysis of Heat and Fluid Flow Phenomena in Electroslag Welding," A.H. Dilawari, T.W. Eagar and J. Szekely, *Welding J., 57(1),* 24s, 1978.

10. "A Mathematical Model of Heat and Fluid Flow Phenomena in Electroslag Welding," J. Szekely and T.W. Eagar, in *Proc. of IIW Coll. on Applications of Numerical Techniques in Welding*, Dublin, Ire., 1, 1978.

11. "Oxygen and Nitrogen Contamination During Arc Welding" T.W. Eagar, in *Proc. of Welding-Physical Metallurgy and Failure Phenomena*, R.J. Cristoffel, ed., General Electric, Schenectady, NY, 31, 1979.

12.    "The Analysis of Magnetohydrodynamics and Plasma Dynamics in Metals Processing Operations," C.W. Chang, J. Szekely, and T.W. Eagar, in *Proc. of the Sagamore Conf. on Recent Advances in Metals Processing*, 1, 1977.

13.    "On the Micromechanics of Multifilamentary Superconducting Composites," S.F. Cogan, D.S. Holmes, I.M. Puffer, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1),* 684, 1979.

14.    "Superconducting Cu-Nb$_3$Sn Composites Produced by Cold Extrusion of Fine Powders," R. Flukiger, S. Foner, E.J. McNiff Jr., B.B. Schwartz, J. Adams, S. Forman, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1),* 689, 1979.

15.    "The Modelling of Gas Velocity Fields in Welding Arcs," C.W. Chang, T.W. Eagar and J. Szekely, *Arc Physics and Weld Pool Behavior*, The Welding Institute, Cambridge, Eng., 381, 1980.

16.    "Ductility of Stabilized Ferritic Stainless Steel Welds," G.B. Hunter and T.W. Eagar, *Metall. Trans., 11A(2),* 213, 1980.

17.    "The Effect of SAW Parameters on Weld Metal Chemistry," C.S. Chai and T.W. Eagar, *Welding J., 59(3),* 93s, 1980.

18.    "Heat Generation Patterns and Temperature Profiles in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Metall. Trans., 11B(12),* 593, 1980.

19.    "Temperature Profiles, the Size of the Heat Affected Zone and Dilution in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Mat. Sci. Eng., 56(2),* 181, 1982.

20.    "Oxygen and Nitrogen Contamination During Submerged Arc Welding of Titanium," T.W. Eagar, in *Proc. of the Int. Conf. on Welding Research in the 1980's*, Osaka University, Osaka, Japan, 113, 1980.

21.    "Slag-metal Equilibrium During Submerged Arc Welding," C.S. Chai and T.W. Eagar, *Metall. Trans., 12B(3),* 539, 1981.

22.    "Automated Welding--Research Needs," T.W. Eagar, in *Modeling of Casting and Welding Processes*, AIME, Warrendale, PA, 487, 1981.

23.    "Mathematical Modeling of the Temperature Profiles and Weld Dilution in Electroslag Welding of Steel Plates," T. DebRoy, J. Szekely and T.W. Eagar, in *Modeling of Casting and Welding Processes,* AIME, Warrendale, PA, 197, 1981.

24.    "Physics of Arc Welding," T.W. Eagar, in *AIP/AISI Conf. on Applications of Physics in the Steel Industry*, AIP, New York, 272, 1981.

25.    "Slag-Metal Reactions in Binary CaF2-Metal Oxide Welding Fluxes," C.S. Chai and T.W. Eagar, *Welding J., 61(7),* 229s, 1982.

26.    "The Effect of Electrical Resistance on Nugget Formation During Spot Welding," J.G. Kaiser, G.J. Dunn and T.W. Eagar, *Welding J., 61(6),* 167s, 1982.

27.    "High Cycle Fatigue of Weld Repaired Cast Ti-6Al-4V," G.B. Hunter, F.S. Hodi and T.W. Eagar, *Metall. Trans., 13A(9),* 1589, 1982.

28.    "A Parametric Study of the Electroslag Welding Process," W.S. Ricci and T.W. Eagar, *Welding J., 61(12*), 397s, 1982.

29.    "Selective Evaporation of Metals From Weld Pools," A. Block-Bolten and T.W. Eagar, *Trends in Welding Research in the United States*, S.A. David, ed., ASM International, Metals Park, OH, 53, 1982.

30.    "Laser Welding of Aluminum and Aluminum Alloys," C.A. Huntington and T.W. Eagar, *Welding J., 62(4),* 105, 1983.

31.    "Measurements of the Force Exerted by a Welding Arc," T.D. Burleigh and T.W. Eagar, *Metall. Trans., 14A(6),* 1223, 1983.

32.    "Changes of Weld Pool Shape by Variations in the Distribution of Heat Source in Arc Welding," N.S. Tsai and T.W. Eagar, in *Modelling of Casting and Welding Processes II*, J.A. Dantzig and J.T. Berry, eds., AIME, New York, 317, 1984.

33.    "Comparison of Theoretically Predicted and Experimentally Determined Submerged Arc Weld Deposit Compositions," U. Mitra, R.D. Sutton, and T.W. Eagar, *Metall. Trans., 14B(9),* 510, 1983.

34.    "Slag Metal Reactions During Submerged Arc Welding of Alloy Steels," U. Mitra and T.W. Eagar, *Metall. Trans., 15A(1),* 217, 1983.

35.    "Convection in Arc Weld Pools," G.M. Oreper, T.W. Eagar, and J. Szekely, *Welding J., 62(11),* 307, 1983.

36.    "Temperature Fields Produced by Travelling Distributed Heat Sources," N.S. Tsai and T.W. Eagar, *Welding J., 62(12),* 346s, 1983.

37.    "Influence of Surface Depression and Convection on Arc Weld Pool Geometry," M.L. Lin and T.W. Eagar, in *Transport Phenomena in Material Processing,* PED, Vol. l0/HTD, 29, M.M. Chen, J. Mazumder, and C.L. Tucker III, eds., ASME, New York, 63, 1983.

38.    "Metal Vaporization From Weld Pools," A. Block-Bolten and T.W. Eagar, *Metall. Trans., 15B(3),* 461, 1984.

39.    "Prediction of Weld Metal Composition During Flux Shielded Welding," C.S. Chai and T.W. Eagar, *J. Mat. Energy Sys., 5(3),* 160, 1983.

6

40. "Selection of Processes for Welding Steel Rails," N.S. Tsai and T.W. Eagar, *Railroad Rail Welding*, Railway Systems and Management Assoc., Northfield, NJ, 421, 1985.

41. "Metallurgical and Process Variables Affecting The Resistance Spot Weldability of Galvanized Sheet Steels," S.A. Gedeon, D. Schrock, J. LaPointe, T.W. Eagar, SAE Technical Paper 840113, Warrendale, PA, 1984.

42. "Distribution of the Heat and Current Fluxes in Gas Tungsten Arcs," N.S. Tsai and T.W. Eagar, *Metall. Trans., 16B(4),* 841, 1985.

43. "The Size of the Sensitization Zone in 304 Stainless Steel Welds," N.S. Tsai and T.W. Eagar, *J. Mat. Energy Sys., 6(1),* 33, 1984.

44. "A Method of Filming Metal Transfer in Welding," C.D. Allemand, R. Schoeder, D.E. Ries and T.W. Eagar, *Welding J., 64(1),* 45, 1985.

45. "Influence of Arc Pressure on Weld Pool Geometry," M.L. Lin and T.W. Eagar, *Welding J., 64(6),* 163s, 1985.

46. "Slag Metal Reactions During Submerged Arc Welding of Steel," U. Mitra and T.W. Eagar, in *Proc. of Int. Conf. on Quality and Reliability in Welding*, 2, Chinese Mech. Eng. Soc., Harbin, PRC, B.24.1, l984.

47. "An Improved Method of Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, in *Thermosense VII, Proc. SPIE 520*, SPIE, Bellingham, WA, 40, 1985.

48. "Multiwavelength Pyrometry: An Improved Method," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 24(6),* 1081, 1985.

49. "Electron Beam and Laser Materials Processing in Japan," T.W. Eagar, *Welding J., 65(7),* 19, 1986.

50. "Pressures Produced by Gas Tungsten Arcs," M.L. Lin and T.W. Eagar, *Metall. Trans., 17B(9)*, 601, 1986.

51. "Resistance Spot Welding of Galvanized Steel: Part I, Materials Variations and Process Modifications," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 879, 1986.

52. "Resistance Spot Welding of Galvanized Steel: Part II, Mechanisms of Spot Weld Nugget Formation," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 887, 1986.

53. "Measurement of Dynamic Electrical and Mechanical Properties of Resistance Spot Welds," S.A. Gedeon, C.D. Sorensen, K.T. Ulrich, and T.W. Eagar, *Welding J., 66(12),* 387s, 1987.

54. "Metal Vapors in Gas Tungsten Arcs Part I: Spectroscopy and Monochromatic

Photography," G.J. Dunn, C.D. Allemand, and T.W. Eagar, *Metall. Trans., 17A(10),* 1863, 1986.

55.    "Metal Vapors in Gas Tungsten Arcs Part II: Theoretical Calculations of Transport Properties," G.J. Dunn and T.W. Eagar, *Metall. Trans., 17A(10),* 1871, 1986.

56.    "Cinematography of Resistance Spot Welding of Galvanized Steel Sheet," C.T. Lane, C.D. Sorensen, G.B. Hunter, S.A. Gedeon, and T.W. Eagar, *Welding J., 66(9),* 260s, 1987.

57.    "Prototype Device for Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 25(11),* 1222, 1986.

58.    "The Role of Transient Convection in the Melting and Solidification in Arc Weldpools," G.M. Oreper, J. Szekely and T.W. Eagar, *Metall. Trans., 17B(4),* 735, 1986.

59.    "Effects of Surface Depression and Convection in GTA Welding," M.L. Lin and T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 47, 1986.

60.    "Digital Signal Processing as a Diagnostic Tool for Gas Tungsten Arc Welding," C.D. Sorensen and T.W. Eagar, *Advances in Welding Science & Technology,* S.A. David, ed., ASM International, Metals Park, OH, 467, 1986.

61.    "The Physics and Chemistry of Welding Processes," T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 291, 1986.

62.    "Non-Uniform Current Distribution in Spot Welding," R. Bowers and T.W. Eagar, in *AWS Sheet Metal Welding Conference*, Detroit, MI, October, 1986.

63.    "Visible Light Emissions During Gas Tungsten Arc Welding and its Applications to Weld Image Improvement," E. Kim, C. Allemand and T.W. Eagar, *Welding J., 66(12),* 369s, 1987.

64.    "The Real Challenge in Materials Engineering," T.W. Eagar, *Technology Review*, *90* (2), 24, 1987 (also published in Japanese in Berufu, 43, 1987).

65.    "Materials Science and Engineering in the US - Past, Present & Future," T.W. Eagar, *Bulletin of Japan Institute of Metals, 26(2),* 119, 1987 (Japanese).

66.    "The Promise of New Materials - Real or Imaginary," T.W. Eagar, *J. of Metals,* 20, 1987.

67.    "Transient Thermal Behavior in Resistance Spot Welding," E.Kim and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference III*, Southfield, MI, 1988.

68.    "Brazing Alloy Design for Metal/Ceramic Joints," R.R. Kapoor and T.W. Eagar*, Ceramic Engineering Science Proceedings*, *10 (11-12)*, 1613, American Ceramic Society,

Westerville, OH, 1989.

69. "Parametric Analysis of Resistance Spot Welding Lobe Curve," E.W. Kim and T. W. Eagar, *SAE 1988 Transactions, J. of Materials, 97(2),* 1989, SAE paper 880278.

70. "Ceramic-Metal Bonding Research in Japan," T.W. Eagar, *Welding J., 66(11),* 35, 1987.

71. "Slag-Metal Reactions During Welding - Part I: Evaluation and Reassessment of Existing Theories," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2),* 65, 1991.

72. "Slag-Metal Reactions During Welding - Part II: Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2),* 73, 1991.

73. "Slag-Metal Reactions During Welding - Part III: Experimental Verification of the Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2),* 83, 1991.

74. "Modelling of Oscillations in Partially Penetrated Weld Pools," C.D. Sorensen and T.W. Eagar*, J. Dynamic Systems and Control, 112(9),* 469, 1990.

75. "Measurement of Oscillations in Partially Penetrated Weld Pools Through Spectral Analysis," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9),* 463, 1990.

76. Electrode Geometry in Resistance Spot Welding," R.J. Bowers, C.D. Sorensen and T.W. Eagar, *Welding J., 69(2),* 45s, 1990.

77. "Assessing Hydrogen Assisted Cracking Fracture Modes in High Strength Steel Weldments," S.A. Gedeon and T.W. Eagar, *Welding J., 69(6),* 213s, 1990.

78. "Wettability of Silver Based Reactive Metal Brazing Alloys on Alumina," R.R. Kapoor, E.S. Podszus and T.W. Eagar, *Scripta Metallurgica, 22,* 1277, August 1988.

79. "Oxidation Behavior of Silver and Copper Based Brazing Filler Metals for Silicon Nitride/Metal Joints," R.R. Kapoor and T.W. Eagar, *J. of the American Ceramic Society, 72(3),* 448, 1989.

80. "Thermochemical Analysis of Hydrogen Absorption in Welding," S.A. Gedeon and T.W. Eagar, *Welding J., 69(7),* 264-s, 1990.

81. "Analyses of Electrode Heat Transfer in Gas Metal Arc Welding," Y-S. Kim, D. McEligot, T.W. Eagar, *Welding J., 70(1),* 20s, 1991.

82. "Enhancement of the Weldability in Resistance Welding," C.M. Calva and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference IV*, Southfield, MI, 1990.

83. "Modelling of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, in *Edison Welding Institute Annual North American Welding Research Seminar*, Columbus,

OH, 1988.

84.    "Modeling of Welding Distortion in Complex Structures," A. Moshaiov and T.W. Eagar, *Automation in the Design and Manufacture of Large Marine Systems*, C. Chryssostomidis, ed., Hemisphere Publishing Corporation, New York, 235, 1990.

85.    "Measuring the Residual Ferrite Content of Rapidly Solidified Stainless Steel Alloys," J.W. Elmer and T.W. Eagar, *Welding J., 69(4),* 141s, 1990.

86.    "Measurement of Transient Temperature Response During Resistance Spot Welding," E.W. Kim and T.W. Eagar*, Welding J., 60(8),* 303s, 1989.

87.    "Microstructural Development During Solidification of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Metall. Trans., 20A(10),* 2117, 1989.

88.    "Technology Transfer and Cooperative Research in Japan," T.W. Eagar, *Welding J.,* 39, 1989.

89.    "Fundamental Aspects of Electroslag Welding of Titanium Alloys," T.W. Eagar, J.H. Devletian, S.J. Chen, W.E. Wood and I.L. Caplan*, Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 419, 1990.

90.    "The Influence of Cooling Rate on the Ferrite Content of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 165, 1990.

91.    "Non-Contact True Temperature Measurements for Process Diagnostics," M.A. Khan, C.D. Allemand and T.W. Eagar, in *Proc. of Materials Research Society Symposium on Process Diagnostics: Materials, Combustion, Fusion, 117,* 119, 1988**.**

92.    "Parametric Study of Heat Flow During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Modeling and Control of Casting and Welding Processes IV*, A.F. Giamei and G.J. Abbaschian, eds., TMS, Warrendale, PA, 1988.

93.    "An Iconoclast's View of the Physics of Welding - Rethinking Old Ideas," T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 341, 1990.

94.    "Temperature Distribution and Energy Balance in the Electrode During GMAW," Y-S. Kim and T.W. Eagar, *Recent Trends in Welding Science and Technology,* S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 13, 1990.

95.    "The Transition from Shallow to Deep Penetration During Electron Beam Welding," J.Elmer, W.H. Giedt and T.W. Eagar*, Welding J., 69(5),* 167s, 1990.

96.    "Characterization of Spatter in Low Current GMAW of Titanium Plate," S.T. Eickhoff

and T.W. Eagar, *Welding J., 69(10)*, 382s, 1990.

97.   "Metal Transfer in Pulsed Current Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J.,72 (7),* 279-s, 1993.

98.   "Improving the Calculation of Interdiffusion Coefficients," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 21A(12),* 3039, 1990.

99.   "Effect of Second Phase Particles on Direct Brazing of Alumina Dispersion Hardened Copper," A.A. McFayden, R.R. Kapoor and T.W. Eagar, *Welding J., 69(11),* 399s, 1990.

100.  "Tin-Based Reactive Solders for Ceramic/Metal Joints," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 20B(12),* 919, 1989.

101.  "Thermochemistry of Joining," T.W. Eagar, in *Elliott Symposium on Chemical Process* Metallurgy, P.J. Koros and G.R. St. Pierre, eds., Iron and Steel Society, Warrendale, PA, 197, 1991.

102.  "Challenges in Joining Emerging Materials," T.W. Eagar, in *Proc. of International Conference on Advances in Joining Newer Structural Materials,* Montreal, Canada, 1990, Pergamon Press, Oxford, 3, 1990. (English and French)

103.  "Physics of Arc Welding Processes," T.W. Eagar, *Advanced Joining Technologies*, T.H. North, ed., Chapman and Hall, London, U.K., 61, 1990.

104.  "Thermodynamic Data from Diffusion Couples - I," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2741, 1990.

105.  "Thermodynamic Data from Diffusion Couples - II," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2755, 1990.

106.  "Non-Contact Temperature Measurement - I:  Interpolation-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 392, 1991.

107.  "Non-Contact Temperature Measurement - II:  Least Squares-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 403, 1991.

108.  "Whither Advanced Materials," T.W. Eagar, *Advanced Materials & Processes, 139(6)*, 25, 1991.

109.  "The Future of Metals," T.W. Eagar, *Welding J., 70(6)*, 69, 1991.

110.  "Single-Phase Solidification During Rapid-Resolidification of Stainless Steel Alloys," J.W. Elmer, T.W. Eagar and S.M. Allen, in *Proc. of the Materials Weldability Symposium*, ASM International, Materials Park, OH, 143, 1990.

111.  "Analysis of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar,

*Welding J. 4,*  269s-276s, 1993.

112.    "Calculation of Electrical and Thermal Conductivities of Metallurgical Plasmas," G.J. Dunn and T.W. Eagar, *Welding Research Council Bulletin 357*, Welding Research Council, New York, 1, 1990.

113.    "Joining of Aluminum Matrix Composites by Plasma Spraying," T. Itsukaichi, M. Umemoto, I. Okane, T.W. Eagar and K. Fukui, in *Proc. of the International Conference on New Advances in Welding and Allied Processes, Vol II*, International Academic Publishers, Beijing, China, May 1991.

114.    "Plasma Spray Joining of Aluminum Matrix Composites Using Osprey Composite Powder," T. Itsukaichi, T.W. Eagar, M. Umemoto, and I. Okane, *Transactions of the Japan Welding Society, 10(2),* 309, 1992. (Japanese)

115.    "Transient Liquid Phase Bonding Processes," W.D. MacDonald and T.W. Eagar*, The Metal Science of Joining*, M.J. Cieslak, J.H. Perepezko, S. Kang, M.E. Glicksman, eds., Metallurgical Society, Warrendale, PA, 93, 1991.

116.    "Infrared Radiation from an Arc Plasma and Its Application to Plasma Diagnostics," T. Ohji and T.W. Eagar, *J. of Plasma Physics and Chemistry, 12(4),* 403, 1992.

117.    "Transient Liquid Phase Bonding," W.D. MacDonald and T.W. Eagar, *Annual Review of Materials Science, 22,* 23, 1992.

118.    "Materials Manufacturing," T.W. Eagar, *MRS Bulletin, 4,* 27, 1992.

119.    "Problems in Engineering and Science Education:  Why Do We Have a Weakness in Materials Synthesis and Processing?," T.W. Eagar, *MRS Bulletin, 9,* 36, 1992.

120.    "Resistance Welding:  A Fast, Inexpensive and Deceptively Simple Process," T.W. Eagar, in *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park,OH, 347, 1992.

121.    "Low Temperature Transient Liquid Phase Bonding of Ti-6Al-4V," W.D. MacDonald and T.W. Eagar, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1083, 1992.

122.    "Investigations of Drop Detachment Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1009, 1992.

123.    "Metal Transfer Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, in *Tenth Symposium on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, May, 1992.

124.    "Low Temperature Transient Liquid Phase (LTTLP) Bonding for Au/Cu and Cu/Cu Interconnections," M. Hou and T.W. Eagar, Trans. of ASME, *J. of Electronic Packaging,*

*114*, 443, 1992.

125.   "Low Stress Die Attach by Low Temperature Transient Liquid Phase Bonding," J.W. Roman and T.W. Eagar, in *1992 International Symposium on Microelectronics, 52,* (sponsored by the International Society for Hybrid Microelectronics, ISHM), San Francisco, CA, 81, 1992.

126.   "Characterization of Spatter in Low-Current GMAW of Titanium Alloy Plate," S.T. Eickhoff and T.W. Eagar, in *Proc. of the Technical Program from the 1990 TDA International Conference on Products and Applications*, Orlando, FL, October 1990.

127.   "High Energy Electron Beam Welding & Materials Processing," V.R. Dave, D.L. Goodman, T.W. Eagar, K.C. Russell, in *Proc. of AWS High Energy Electron Beam Welding & Materials Processing*, 156, 1993.

128.   "High Energy Electron Beam (HEEB) Processing of Advanced Materials," V.R. Dave, D.L. Goodman, M. Farnush, T.W. Eagar, K.C. Russell, in *Proc. of AWS-HEEB Processing of Advanced Materials*, Chicago, IL, 537, 1992.

129.   "Joining of 6061 Aluminum Matrix-Ceramic Particle Reinforced Composites," R. Klehn, T.W.Eagar, *WRC Bulletin 385,* 1, 1993.

130.   "In-Space Welding, Visions and Realities," D. Tamir, T. A. Siewert, K. Masubuchi, L. Flanigan, R. Su, and T.W. Eagar, in *Proc. of Thirtieth Space Congress: "Yesterday's Vision is Tomorrow's Reality", (4),* 1.9, Cocoa Beach, Florida, 1993.

131.   "Evolving Manufacturing Practices:  Lessons for the Quality Control Engineer," T.W. Eagar, *Materials Evaluation,  51(10)*, 1184, 1993.

132.   "Energy Sources Used for Fusion Welding," ASM Handbook: Welding, Brazing, and Soldering, Volume 6, p.3-6, 1993.

133.   "Joining of Advanced Materials," T.W. Eagar, W.A. Baeslack, R. Kapoor*, Encyclopedia of Advanced Materials*, D.Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1207, 1994.

134.   "Advanced Joining Processes," T.W. Eagar, W.A. Baeslack*, Encyclopedia of Advanced Materials*, D. Bloor, M. Flemings, R. Brook, S. Mahajan, eds.,  Pergamon Press, Oxford, 1221, 1994.

135.   "Leaders for Manufacturing:  Educating for the Future," T.W. Eagar, *AAAS Science and Technology Policy Yearbook*, A.H. Teich, S.D. Nelson, C. McEnaney, eds., AAAS, 229, 1994.

136.   "Welding Process Decoupling for Improved Control," D.E. Hardt, T.W. Eagar, J.H. Lang and L. Jones in *Proc. of  11th Symp. on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, 287, 1993.

137.   "Heat and Metal Transfer in Gas Metal Arc Welding using Argon and Helium," P.G. Jonsson, T.W. Eagar and J. Szekeley, *Metall. Trans., 26B(4)*, 383, 1995.

138.   "The Only Constant is Change," T.W. Eagar,*Welding Journal*, *74(12)*, 63, 1995.

139.   "Cleaning and Reflow of Pb-Sn-C4 Solder Bumps," C. Lee, D. Crafts, T,W, Eagar, Trans. of ASME*, J. of Electronic Packaging*, *117(4)*, 277, 1995.

140.   "Redefining the University-Industry Relationship for Manufacturing Excellence," T.W. Eagar, W. C. Hanson, T.L. Magnanti and D.B. Rosenfield, in *Proc. of the 4th Annual Pittsburgh Manufacturing Systems Engineering Conf.*, 1993.

141.   "Bringing New Materials to Market," T.W. Eagar, *Technology Review,* 42, February/March, 1995.

142.   "Welding and Joining:  Moving from Art to Science," *Welding Journal, 74(6)*, 49, 1995.

143.   "Evaluation Method for Electrochemical Migration Susceptibility in Pure Water," (Japanese), T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, in *Proc. of 1st Symposium on Microjoining and Assembly Technology in Electronics,* Japan Welding Society Committee of Microjoining, Tokyo, 105, 1995.

144.   "The Temporal Nature of Forces Acting on Metal Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *Trends in Welding Research,* H.B. Smartt, J.A. Johnson, S.A. David, eds., ASM International, Materials Park, OH, 365, 1996.

145.   "Plasma Spray Joining of Al-Matrix Particulate Reinforced Composites," T. Itsukaichi, T.W. Eagar, M. Umemoto and I. Okane, *Welding Journal, 75(9),* 285s, 1996*.*

146.   "Abrasion Resistant Active Braze Alloys for Metal Single Layer Technology," R.K. Shiue, S.T. Buljan and T.W. Eagar, *Science and Technology of Welding and Joining 2(2),* 71, 1997.

147.   "Large Gap Joining of Ti-6Al-4V with Mixed Powder Interlayers*,*" W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining 2(4),* 139, 1997.

148.   "Diffusional Breakdown of Nickel Protective Coatings on Copper Substrate in Silver-Copper Eutectic Melts," W.D. Zhuang and T.W. Eagar, *Metall. Trans., 28A(4),* 969, 1997.

149.   "Transient Liquid Phase (TLP) Bonding using Coated Metal Powders," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(4)*, 157s, 1997.

150.   "High Temperature Brazing by Liquid Infiltration," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(12)*, 526s, 1997.

151.   "Dynamic Behavior of Gas Metal Arc Welding," L.A. Jones, P. Mendez, D. Weiss, and T.W. Eagar, presented at the 9th Annual Conference on Iron and Steel Technology,

Pohang,
Korea, August 1997.

152.    "A Systematic Strategy for Optimizing Manufacturing Operations," J. Kerkhoff, T.W. Eagar, and J. Utterback, *Production and Operations Management, (7)1*, 67, 1998.

153.    "Isothermal Solidification Kinetics of Diffusion Brazing," W.D. MacDonald and T.W. Eagar, *Metall. Trans., 29A(1)*, 315, 1998.

154.    "Magnetic Forces Acting on Molten Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D:  Applied Physics, 31(1),* 93, 1998.

155.    "A Dynamic Model of Drops Detaching from a Gas Metal Arc Welding Electrode," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D:  Applied Physics 31(1),* 107, 1998.

156.    "Electrochemical Migration Tests of Solder Alloys in Pure Water," T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, *Corrosion Science, 39(8),* 1415, 1997.

157.    "Quiet Revolution in Materials Manufacturing and Production," T.W. Eagar, *Journal of Metals, 50(4),* 19, 1998.

158.    "The Plasma-Enabled Recovery of Titanium Metal by the Electrolysis of Titanate Slags," H.R. Larson and T.W. Eagar, *Journal of Metals*, *50(9),* 56, 1998.

159.    "How Welding Fumes Affect the Welder," J.M. Antonini, G.G. Krishna Murthy, R.A. Rogers, R. Albert, T.W. Eagar, G.D. Ulrich, and J.D. Brain, *Welding Journal*, *77(10)*, 55, 1998.

160.    'The Quiet Revolution in Materials Processing," T.W. Eagar, in *Proc. of Third Pacific Rim International Conference on Advanced Materials and Processing*, M.A. Imam, R. DeNale, S. Hanada, et al., eds.,TMS, Warrendale, PA, 1, 1998.

161.    "Magnitude Scaling of Free Surface Depression During High Current Arc Welding, P.F. Mendez and T.W. Eagar, in *Trends in Welding Research*, ASM International, 13-18, June 1-5, 1998.

162.    "In Search of the Perfect Weld," T.W. Eagar, *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 261, 1999.

163.    "Study of Chromium in Gas Metal Arc Welding Fume," T.W. Eagar, P. Sreekanthan, N.T. Jenkins *et al*.,*Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 374, 1999.

164.    "Magnitude Scaling of Free Surface Depression during High Current Arc Welding," P.F. Mendez and T.W. Eagar, *Trends in Welding Research*, , J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 13, 1999.

165. "Liquid Infiltrated Powder Interlayer Bonding (LIPIB) - A Process for Large Gap Joining," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining,* 2000 Volume 5, Number 3, 125-134.

166. "Images of a Steel Electrode in Ar-2%O2 During Constant-Current Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Welding Journal*, Welding Research Supplement, April 1998, 135-s-141-s.

167. "Estimation of the Characteristic Properties of the Weld Pool During High Productivity Arc Welding," P.F. Mendez and T.W. Eagar in 5th International Seminar "Numerical Analysis of Weldability," 1999.  Graz-Seggau, Austria.

168. "Order of Magnitude Scaling of Complex Engineering Problems," P.F. Mendez and T.W. Eagar, *Seventeenth Symposium on Energy Engineering Sciences*, Argonne, IL, pp. 106-113, May 13-14, 1999.

169. "Humping Formation in High Current GTA Welding," P.F. Mendez, K.L. Niece and T.W. Eagar, in *Proceedings of the International Conference on Joining of Advanced and Specialty Materials II*, Cincinnati, OH, November 1999.

170. "Order of Magnitude Scaling of the Cathode Region in an Axisymmetric Transferred Electric Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga, T.W. Eagar in *Metallurgical and Materials Transactions B*, June 2001, Vol. 32B, p.547-554.

171. "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar in Proc. of THERMEC'2000, International Conference on Processing and Manufacturing of Advanced Materials, Las Vegas, NV, December 4-8, 2000.

172. "Scaling of the Cathode Region of a Long GTA Welding Arc," P.F. Mendez, M.A. Ramirez, G.  Trapaga and T.W. Eagar, *Advances in Computational Engineering & Sciences*, Volume I, Tech Science Press, Palmdale, CA, 689-694, 2000.

173. "Effect of Electrode Droplet Size on Evaporation and Fume Generation in GMAW," P.F. Mendez, N.T. Jenkins, T.W. Eagar, Gas Metal Arc Welding for the 21st Century, Orlando, FL, American Welding Society, December 6-8, 2000.

174. "Strain Energy Distribution in Ceramic/Metal Joints," J.-W. Park, P.F. Mendez and T.W. Eagar, *Acta Materialia*, Volume 50, issue 5, pp.883-899, March 2002.

175. "Modeling of Welding Processes through Order of Magnitude Scaling," P.F. Mendez and T.W. Eagar, Metal Technologies, MMT-2000, Ariel, Israel, November 13-15, 2000.

176. "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar, accepted by *Journal of Materials Processing Technology*, 2001.

177.    "Welding Processes for Aeronautics," P.F. Mendez and T.W. Eagar, *Advanced Materials & Processes*, 159 (5), pp. 39-43, 2001.

178.    "Why Did the World Trade Center Collapse?  Science, Engineering and Speculation," C. Musso and T.W. Eagar, *Journal of Materials*, pp. 8-11, December 2001.

179.    "Strain Energy Release in Ceramic-to-Metal Joints with Patterned Interlayers," J.-W. Park, J.J. Kim, T.W. Eagar, *Journal of the American Ceramic Society*, accepted September 2003.

180.    "Strain Energy in the Filler Metal and the Shear Strength of the Concentric Ceramic-to-Metal Brazed Joints," J.L. Wiese, J.-W. Park, T.W. Eagar, *Scripta Materialia*, submitted 2001.

181.    "Thermodynamic Modeling of the Zr-O System," R. Arroyave, Larry W. Kaufman and T.W. Eagar, *Calphad: Computer Coupling of Phase Diagrams and Thermochemistry*, 26(1), 95-118, 2002.

182.    "Scaling Laws in the Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Mathematical Modelling of Weld Phenomena 6*, Institute of Materials, London, UK, 2002.

183.    "Residual Stress Release in Ceramic-to-Metal Joints by Ductile Metal Interlayers," J.W. Park, P.F. Mendez and T.W. Eagar, *Scripta Metallurgica et Materialia*, submitted 2002.

184.    "Carbide Formation in Alloy 718 During Electron Beam Solid Freeform Fabrication," J.E. Matz and T.W. Eagar, accepted by *Metall. Trans.*, 2002.

185.    "Application of the Transient Liquid Phase Bonding to Microelectronics and MEMS Packaging," J.W. Park and T.W. Eagar, IEEE Conference Proceedings on Advanced Packaging Materials and Processes, 2002.

186.    "Interfacial Microstructure of Partial Transient Liquid Phase Bonded $Si_3N_4$-to-INCONEL 718 Joints," J.J. Kim, J.-W. Park and T.W. Eagar, accepted *Materials Science and Engineering A* (2001).

187.    "Elastoplastic Behavior of Dissimilar Material Joints, Part 1 Theory and Numerical Analysis," M. Tateno and T.W. Eagar, submitted to Transactions of the ASME, *Journal of Applied Mechanics*, 2002.

188.    "Experimental Characterization of Temperature Profiles in One Dimensionally Simulated Resistance Spot Welding of Bare and Zinc Coated Steel," E. Kim and T.W. Eagar, *Welding Journal*, submitted July 2002.

189.    "Manganese in Welding Fume and Worker Health," M.C. Balmforth, N.T. Jenkins, T.W. Eagar, *Welding Journal*, submitted 2002.

190.  "Freshly generated stainless steel welding fume induces greater lung inflammation in rats as compared to aged fume," J.M. Antonini, R.W. Clarke, G.G. Krishna Murthy, P. Sreekanthan, N. Jenkins, T.W. Eagar, J.D. Brain, Elsevier Science *Toxicology Letters* 98 (1998), 77-86.

191.  Mendez, P.F. and Eagar, T.W. "New Trends in Welding in the Aeronautic Industry." Second Conference on New Trends fro the Manufacturing in the Aeronautic Industry, Bilbao, Spain. Ed. Hegan/Inasmet. November 19-20, 2002.

192.  "Metal Substrate Effects on the Thermochemistry of Active Brazing Interfaces," R. Arroyave and T.W. Eagar, *Acta Materialia*, accepted June, 2003.

193.  "Feasibility of Using Earth-bounded NDT Techniques for the Space Environment," V. Nikou, P.F. Mendez, K. Masubuchi, T.W. Eagar, Conference on Emerging Technologies in Non-Destructive Testing, Thessaloniki, Greece, May 26-28, 2003.

194.  "Joining LaMO$_3$ Perovskite Ceramics to Nickel-based Super Alloys Using Brazing/TLPB Techniques," R. Arroyave, T.W. Eagar, H.R. Larson, Abstracts of Papers, 225[th] ACS National Meeting, New Orleans, LA, United States, March 23-27, 2003, FUEL-111 (CODEN: 69DSA4 AN 2003:182444 CAPLUS)

195.  "Hollow-Core, Long-Fiber Metal Matrix Composites for Thermal Packaging Applications," Christopher Musso and Thomas Eagar, *Proceedings of ICCE/9,* July 2002, p.549-550.

196.  "Submicron Particle Chemistry: Vapor Condensation Analogous to Liquid Solidication," Neil T. Jenkins and Thomas W. Eagar, *Journal of Materials*, June 2003, Volume 55, No. 6, p.44-47.

197.  "Using Phase Field Techniques to Model Coupled Layer Growth: Application to Active Brazing of Ceramic Oxides," Raymundo Arroyave and Thomas W. Eagar, *Metallurgical and Materials Transactions*, submitted 07/2003.

198.  "Thermodynamic Assessment of the System Cu-Ti-Zr," Raymundo Arroyave, T.W. Eagar and L. Kaufman, *Journal of Alloys and Compounds*, 351(1-2), 158-170, 2003.

199.  T.W. Eagar, "Manufacturing R&D: How Can the Federal Government Help?"  Hearing before the Subcommittee on Environment, Technology and Standards, Committee on Science, U.S. House of Representatives, One Hundred Eighth Congress, First Session, June 5, 2003, Serial No. 108-11, p.14-19.

200.   "Penetration and Defect Formation in High-Current Arc Welding," P.F. Mendez and T.W. Eagar, *Welding Journal*, Volume 82,, Number 10, p.296-S – 306-S, October 2003.

201.  "Order of Magnitude Scaling Reaps Benefits for Complex Engineering Problems," P.F. Mendez, S.B. Brown, T.W. Eagar, Mechanical Engineering Magazine, ASME, accepted for publication 2003.

202.  "Putting It In Scale," P.F. Mendez, S.B. Brown, T.W. Eagar, Mechanical Engineering Magazine,

ASME, accepted for publication 2004.

203.    "Fume Formation from Spatter combustion During Arc Welding," N.T. Jenkins, T.W. Eagar, *Welding Journal*, submitted for publication 2004.


## PATENTS:

1.    "Method of Resistance Welding," T.W. Eagar, J.G. Kaiser, and G.J. Dunn, Patent No. 4,365,134, Dec. 21, 1982.

2.    "Non-hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,512,822, April 23, 1985.

3.    "Large Diameter Stud and Method and Apparatus for Welding Same," T.E. Shoup, D.J. Maykut, and T.W. Eagar, Patent No. 4,531,042, July 23, 1985.

4.    "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,557,768; December 10, 1985.

5.    "Laser Instrument," R.J. Cabrera, T.W. Eagar and J. Santangelo, Patent No. 4,580,558, April 8, 1986.

6.    "Laser Instrument," R.J. Cabrera and T.W. Eagar, Patent No. 4,646,734, March 3, 1987.

7.    "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,662,952, May 5, 1987.

8.    "Age-Hardenable Sterling Silver," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,810,308, March 7, 1989.

9.    "Emissivity Independent Multiwavelength Pyrometry," M.A. Khan, C.D. Allemand and T.W. Eagar, Patent No. 5,132,922, July 21, 1992.

10.    "Silver Alloys of Exceptional and Reversible Hardness," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,869,757, September 26, 1989.

11.    "Wear Resistant Bond for an Abrasive Tool," R.K. Shiue, R. Andrews, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 5,846,269, December 8, 1998.

12.    "Abrasive Tool Containing Coated Abrasive Grain,"R.K. Shiue, B. Miller, S.T. Buljan, E. Schulz and T.W. Eagar, Patent No. 5,855,314, January 5, 1999.

13.    "Removable Bond for an Abrasive Tool," R.K. Shiue, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 6,245,443, June 12, 2001.


## PATENTS PENDING:

"Filtration Element for Severe Service Applications," M. Mutsakis, J.P. Puglia, G.M. Freedland, T.W. Eagar and H.R. Larson, Patent Application No. 09/809,818, filed March 16, 2001.

**PATENT APPLICATION:**

"Methods for Forming Articles Having Very Small Channels Therethrough, and Such Articles, and Method of Using Such Articles," C.S. Musso and T.W. Eagar, filed March 12, 2002.