March 7, 2006



Figure 14.    Stereomicroscope images of the polished cross-section of Joint Section 1 showing the solder ridge at higher magnification.

March 7, 2006



FotoNo: 0601A00222,  133 : 1                            ⊢———200 µm———⊣

FotoNo: 0601A00224,  530 : 1                            ⊢———50 µm———⊣

Figure 15.    Optical photomicrographs showing the amount of solder
              remaining on the copper tube surface of Joint Section 1.

March 7, 2006

## Joint Section 2

Joint Section 2 refers to the female brass valve fitting that was soldered to Joint Section 1. A stereomicroscope image of Joint Section 2 is shown in Figure 16.  An SEM image of the inner surface of Joint Section 2 is shown in Figure 17.  The red box in this image denotes the region where EDS analysis was performed on this surface.  The spectrum acquired from this EDS analysis is shown in Figure 18.

Similar to the corresponding surface of Joint Section 1, the EDS analysis shows the presence of carbon and oxygen on the surface.  As with Joint Section 1, it is likely that this carbon and oxygen is a result of soot and oxides that accumulated on the surface during and after the fire. The metals detected include tin, copper, aluminum and lead.  All of these elements except aluminum are present in the solder and/or the brass alloy.  A discussion with the SEM operator at MMR revealed that the aluminum is likely an artifact of the aluminum sample holder and not the sample itself.

The female brass valve fitting was cut parallel to the axis of the tube and prepared metallographically so that the cross-section of the brass/solder interface could be investigated. An optical photomicrograph of this interface is shown in Figure 19.  It should be noted that this photomicrograph was taken at the same magnification as the photomicrograph in the bottom of Figure 15.  It is apparent from this photomicrograph that the amount of solder remaining on the surface of the brass is significantly less than that found on the corresponding copper tube.

A backscattered electron image of the same cross-sectioned sample is shown in Figure 20.  As with the optical photomicrograph, it can be seen that the amount of solder remaining on the brass fitting is only ~10 μm, which is approximately 20 times less than that found on the copper tube.  The bright regions in the brass cross-section are metallic lead that is present as part of the brass alloy.  EDS analysis was conducted at the points denoted by the numbered arrows in this figure.  The spectra acquired from this analysis are shown in Figure 21, Figure 22 and Figure 23.

March 7, 2006



Figure 16.     Stereomicroscope image of Joint Section 2.

March 7, 2006



Figure 17.    Backscattered SEM image of the inner surface of Joint
Section 2.  An EDS spectra of the region denoted by
the red box is shown in Figure 18.