**March 7, 2006**



Figure 18.    EDS spectra from the region denoted by the red box in Figure 17.

BN63809-A0T0-0306-R005

18

**March 7, 2006**



FotoNo: 0601A00242, 530 : 1                                    50 μm

Figure 19.    Optical photomicrograph showing a cross-section through the inner surface of Joint Section 2.

March 7, 2006



Figure 20.    Backscattered SEM image showing the cross-section of the brass fitting from Joint Section 2.  The red numbered arrows indicate areas where EDS spectra were acquired.  These spectra are shown in Figure 21, Figure 22, and Figure 23.

March 7, 2006



Figure 21.    EDS spectra of the area denoted by arrow #1 in Figure 20.



Figure 22.    EDS spectra of the area denoted by arrow #2 in Figure 20.

BN63809-A0T0-0306-R005                    21

**March 7, 2006**



Figure 23.    EDS spectra of the area denoted by arrow #3 in Figure 20.

BN63809-A0T0-0306-R005