IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, | : | CIVIL ACTION NO. |
| | : | 04-11975(RWZ) |
| Plaintiff, | : | |
| v. | : | |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING | : | |
| and | : | **PLAINTIFF'S WITNESS LIST** |
| MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING AND HEATING, | : | |
| Defendants. | : | |

**Witnesses plaintiff expects to call:**

1. Francis McGinn
2. Thomas Klem
3. Donald Galler
4. Lester McLaughlin
5. Thomas Eagar

**Witnesses plaintiff may call:**

6. Harold Larsen
7. Roger Marino
8. John Fontaine
9. Alfred Kemp
10. Martin Sandborg
11. Philip Shields
12. Larry Dicken

- 2 -

13. Paul McDonagh

14. Joseph Henegan

15. Kraig Magnussen

16. Robert Cullinane

17. Kevin Murphy

**Witnesses plaintiff would call, but for the stipulation among the parties:**

18. Webster Collins

19. Russell Monast

20. James Tagliente

Plaintiff reserves the right to supplement this list, to call witnesses identified by any defendant, to call additional witnesses in rebuttal, and to call witnesses whose identity is not presently known to plaintiff, or the need for which could not reasonably have been ascertained.

Respectfully submitted,

COZEN O'CONNOR

DATE:    3/19/07          BY:    /s/Daniel Q. Harrington
                                 DANIEL Q. HARRINGTON
                                 1900 Market Street
                                 Philadelphia, PA  19103
                                 215-665-2126

                                 MATTHEW H. FEINBERG
                                 FEINBERG & KAMHOLTZ
                                 125 Summer Street, 6th Floor
                                 Boston, MA  02110
                                 617-526-0700

                                 Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiffs' Witness List was forwarded via electronic notification of filing on the 19th day of March, 2007, to the following:

Philip T. Tierney, Esquire
FINNEGAN, UNDERWOOD, RYAN & TIERNEY
22 Batterymarch Street
Boston, MA  02109

Christopher G. Betke, Esquire
RYAN, COUGHLIN & BETKE, LLP
175 Federal Street
Boston, MA  02110


/s/ Daniel Q. Harrington
DANIEL Q. HARRINGTON