IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO:  04 11975RWZ

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY, | ) |
| Plaintiff | ) |
| VS. | ) |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING, | ) |
| AND | ) |
| MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING and HEATING, | ) |
| Defendants | ) |

## DEFENDANT MARTIN SANDBORG, INDIVIDUALLY AND D/B/A SANDBORG PLUMBING'S  LIST OF TRIAL WITNESSES

1. Martin Sandborg, 210 Westfield Street, Westwood, MA;

2. Andrew J. Williams, GAI Engineers, 378 Page Street, Stoughton, MA;

3. Timothy Delaney, EFI Global, Ten New England Business Center, Andover, MA, (formerly of GAI Engineers).

The Defendant reserves the right to call any witness identified by any other party. The Defendant further reserves the right to call any rebuttal witness and any witness the identity of which, or the need for which, could not be reasonably determined.

Respectfully submitted,

Martin Sandborg, Individually and
d/b/a Sandborg Plumbing
By his attorneys,

*FINNEGAN, UNDERWOOD,
RYAN & TIERNEY*

/s/ *Philip T. Tierney*
Philip T. Tierney, BBO#498120

/s/ *Stimpson B. Hubbard*
Stimpson B. Hubbard, BBO#559128
22 Batterymarch Street, 4th Floor
Boston, MA 02109
(617) 348-9200

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed though ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to those indicated as non registered participants on this date March 19, 2007.

*/s/ Stimpson B. Hubbard*
Philip T. Tierney, BBO #498120
Stimpson B. Hubbard, BBO #559128
*FINNEGAN, UNDERWOOD,
RYAN & TIERNEY*
22 Batterymarch Street
Boston, MA 02109
(617) 348-9200