IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>    Plaintiff,<br><br> v.<br><br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>  and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>    Defendants. | C.A. No.: 04-11975-RWZ<br>BBO # 552588 |

### DEFENDANT'S, ALFRED KEMP, INDIVIDUALLY AND D/B/A KEMP PLUMBING, MOTION IN LIMINE TO PRECLUDE TESTIMONY FROM PLAINTIFF'S EXPERT THOMAS KLEM WITH REQUEST FOR ORAL ARGUMENT

Defendant Alfred Kemp, Individually and d/b/a Kemp Plumbing ("Kemp"), respectfully moves the Court for an Order precluding the anticipated testimony of plaintiff's expert, Thomas Klem, or, in the alternative, requests a Daubert hearing as to the reliability of such testimony. As grounds therefore, Kemp states that, if offered, such testimony would be entirely speculative and would not meet the reliability test set forth in Fed. R. Evid. 702 and established in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509

U.S. 579, 589 (1993) and Kumho Tire Company, Ltd. v. Carmichael, 526 U.S. 137 (1999). In further support of this motion, Kemp relies upon the Memorandum in Support of Defendant's Alfred Kemp, Individually and d/b/a Kemp Plumbing, Motion in Limine to Preclude Testimony from Plaintiff's Expert Thomas Klem filed herewith.

Pursuant to Local Rule 7.1(A)(2), this will certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues raised by this Motion.

WHEREFORE, Alfred Kemp, Individually and d/b/a Kemp Plumbing, requests this Court preclude expert testimony from Thomas Klem, or, in the alternative, requests a Daubert hearing as to the reliability of any such testimony, together with such other and further relief the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

The defendant, Alfred Kemp, Individually and d/b/a Kemp Plumbing, hereby requests oral argument pursuant to Local Rule 7.1(D) on this Motion.

Respectfully submitted,
The Defendant,
ALFRED KEMP, Individually and
d/b/a KEMP PLUMBING
By his attorney,

/s/ Christopher G. Betke
Christopher G. Betke, BBO# 552588
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

## CERTIFICATE OF SERVICE

I, Christopher G. Betke, hereby certify that on March 20, 2007, I served a copy of the within document via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

/s/ Christopher G. Betke
Christopher G. Betke