

**Photo 1: Mr. Marino's first photo depicting the magnitude of fire within the carriage house.**



**Photo 2: Mr. Marino's 5th picture taken of the carriage house showing fire spread from the kitchen.  Note that the kitchen burning has "decayed".**



**Photo 3: Mr. Marino's 9th photo taken depicting further spread to "connecting" second floor dormer area and horizontal fire spread to other areas of the carriage house.**



**Photo 4: Exterior view of "south" wall of carriage house showing location of main entryway, kitchen and second floor dormer (consumed).**



**Photo 5: Kitchen window opening and significant extension of fire from kitchen window to eave portion of roof. Note: this fire extension occurred before any of Mr. Marino's photos were taken.**