

Photo 6: General area of kitchen. Note location of sink, dishwasher and consumption of cabinets and combustible wall space beyond dishwasher.



Photo 7: Lt. Fontaine's photo of sink and dishwasher area. Note that the cold water stop is not in place.



**Photo 8:** Our first photo documentation of the sink area taken on 12/23/02. Note that the cold water stop is not in place.



**Photo 9:** 12/23/02 photo of area beneath the sink. Note that the cold water stop is located on the base of the sink cabinet.



Photo 10: Right hand portion of south wall depicting more complete consumption of combustibles closer to dishwasher; directional fire spread pattern to the right.