

Photo 11: Excavation of area showed directional fire patterns but identified no competent heat of ignition.



**Photo 12:** The first base cabinet contained a PVC drain for the sink. The remains of this PVC pipe provided additional directional fire spread patterns.



**Photo 13:** Openings in base cabinet (removed) and combustible wall exposed the polyethylene vapor barrier, PVC drain pipe and access to the "balloon construction-like" wood framing.



**Photo 14:** After the sink cabinet was removed, initial directional fire spread indicators were present on the PVC drain pipe and wood members of the wall.



Photo 15: Another view of the indicators of initial fire spread.