

**Photo 16:** The combustible wall area/floor-ceiling area above the right hand portion of the kitchen. Note 2x12" floor joists were totally consumed in this area.



**Photo 17:** With sink in place (i.e. reconstruction) the extensiveness of piping modification is depicted.



**Photo 18: Demonstrative ease of ignition and rate of flame spread of polyethylene vapor barrier conducted within the carriage house.**