# EXHIBIT B



Photo 13: Openings in base cabinet (removed) and combustible wall exposed the polyethylene vapor barrier, PVC drain pipe and access to the "balloon construction-like" wood framing.



Photo 14: After the sink cabinet was removed, initial directional fire spread indicators were present on the PVC drain pipe and wood members of the wall.