# EXHIBIT C



FIGURE 6.17.7 Wood Wall Studs Showing Decreasing Damage as Distance from Fire Increases.