# EXHIBIT E

ELECTRICAL ENGINEERING SOLUTIONS

# Marino Fire Investigation
# December 20, 2002 Dedham, Massachusetts

## Rebuttal to Reports by GAI and Allison Engineering

I have reviewed the reports by GAI Engineers and Allison Engineering, both dated March 7, 2006 and in connection with the matter referenced above. I have the following collective response to their conclusions:

1. That it is highly improbable that all premise wiring was recovered and reconstructed to determine its prefire location.

   This statement is true of practically every fire, and yet fires are investigated and solved once an area of origin has been determined. I was not trying to determine all possible electrical causes of the fire independent of the fire origin investigation. I was ruling out electrical activity in the area identified by T. J. Klem & Associates, Inc. Having said this, the wiring from under the sink and the wall behind the sink was retained and collected carefully considering every appliance and outlet. I believe that all the wiring in the origin area was collected and reconstructed.

2. I did not provide an explanation for the breaker tripping.

   Breaker tripping is expected as the kitchen wiring was certainly affected by the fire as it ran back to the power panel through other parts of the structure. Electrical activity and breaker tripping are usually encountered outside the area of origin so this should not be a surprise at all. Other electrical causes associated with breaker tripping in the kitchen area were considered, but would have resulted in dramatically different fire patterns and were ruled out accordingly.

3. Some electrical activity would have been expected in the suspected origin area

   Some of the wiring that ran through the area of origin was associated with tripped breakers, but there was no evidence of electrical activity. Some of the wiring was relatively limited in the sense that the wiring was not completed and/or disconnected. Other parts of the wiring were known to be de-energized as the associated breakers were found in the OFF position. Most of the remaining wiring was for kitchen counter outlets and was protected by three GFI breakers in the service panel. Fire attack could have affected these wires, but since the GFI trip sensitivity is only 5 mA (5/1000 A) little or no visible evidence would be produced. The absence of visible electrical activity is simply a result of GFI breaker sensitivity.

Donald Galler, P.E.

March 22, 2006