IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>Plaintiff,<br><br>v.<br><br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>Defendants. | C.A. No.: 04-11975-RWZ<br>BBO# 552588 |

### DEFENDANT ALFRED KEMP D/B/A KEMP PLUMBING'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF INSURANCE

Defendant Alfred Kemp d/b/a Kemp Plumbing ("Kemp") moves that this Court exclude all evidence relating to the existence of any insurance available to indemnify Kemp. As grounds therefore, Kemp states that admission of such facts constitutes evidence of collateral source payments and is not appropriate under Massachusetts law. See Goldstein v. Gontarz, 364 Mass. 800, 808 (1974) ("Exposing juries to such information is condemned because it is not itself probative of any relevant proposition and is taken to lead to undeserved verdicts for plaintiffs and exaggerated awards which

jurors will readily load on faceless insurance companies supposedly paid for taking the risk.").

Defendants,

Alfred Kemp, Individually and d/b/a Kemp Plumbing
By their attorney,

/s/ Christopher G. Betke
Christopher G. Betke, BBO# 552588
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

I, Christopher G. Betke, hereby certify that on March 23, 2007, I served a copy of the within document via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

/s/ Christopher G. Betke
Christopher G. Betke
