IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, | : | CIVIL ACTION NO. |
| | : | 04-11975(RWZ) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALFRED KEMP, Individually and d/b/a | : | |
| KEMP PLUMBING | : | |
| | : | |
| and | : | |
| | : | **PLAINTIFF'S LIST OF** |
| MARTIN SANDBORG, Individually and d/b/a | : | **EXHIBITS TO WHICH** |
| SANDBORG PLUMBING AND HEATING, | : | **THERE ARE OBJECTIONS** |
| | : | |
| Defendants. | : | |
| | : | |

**EXHIBIT NUMBER**               **DESCRIPTION**

| | |
|---|---|
| 1 | Massachusetts State Fire Marshal's Office Fire Investigation Summary Report on Case No. 2002-117-2011 |
| 2dd | T. J. Klem & Associates Photograph of Fire Scene |
| 2ee | T. J. Klem & Associates Photograph of Fire Scene |
| 2hh | T. J. Klem & Associates Photograph of Fire Scene |
| 3A | T. J. Klem & Associates Photograph of Evidence |
| 3V | T. J. Klem & Associates Photograph of Evidence |
| 15A thru 15P | Drawings of Kitchen Sink Area and Construction of Front Wall of Carriage House In and Above Kitchen |

- 2 -

| | |
|---|---|
| 17A + 17B | Galler Diagrams of Circuits on Front Kitchen Wall |
| 35 | Kemp Deposition Exhibit 9 |

                                      Respectfully submitted,

                                      COZEN O'CONNOR

DATE:   3/23/07               BY:   /s/Daniel Q. Harrington
                                                   DANIEL Q. HARRINGTON
                                                   1900 Market Street
                                                   Philadelphia, PA  19103
                                                 215-665-2126
                                                 MATTHEW H. FEINBERG
                                                 FEINBERG & KAMHOLTZ
                                                 125 Summer Street, 6th Floor
                                                 Boston, MA  02110
                                                 617-526-0700
                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiff's Exhibit List To Which There Are Objections was forwarded via electronic notification of filing on the 23rd day of March, 2007, to the following:

Philip T. Tierney, Esquire
FINNEGAN, UNDERWOOD, RYAN & TIERNEY
22 Batterymarch Street
Boston, MA  02109

Christopher G. Betke, Esquire
RYAN, COUGHLIN & BETKE, LLP
175 Federal Street
Boston, MA  02110

/s/ Daniel Q. Harrington
DANIEL Q. HARRINGTON