IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>           Plaintiff,<br><br>v.<br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>           and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>           Defendants. | C.A. No.: 04-11975-RWZ<br>BBO# 552588 |

**DEFENDANT ALFRED KEMP D/B/A KEMP PLUMBING'S**
**LIST OF EXHIBITS TO WHICH THERE ARE NO OBJECTIONS**

| Exhibit No. | Description |
|---|---|
| Kemp 1 | Photo - Property |
| Kemp 2 | Photo - 01-Marino6 |
| Kemp 3 | Photo - 02-Marino7 |
| Kemp 4 | Photo - 03-Marino8 |
| Kemp 5 | Photo - 04-Marino9 |
| Kemp 6 | Photo - 05-Marino10 |
| Kemp 7 | Photo - 06-Marino11 |
| Kemp 8 | Photo - 07-Marino12 |
| Kemp 9 | Photo - 08-Marino13 |

| Exhibit No. | Description |
| --- | --- |
| Kemp 10 | Photo - 09-Marino14 |
| Kemp 11 | Photo - 10-Marino15 |
| Kemp 12 | Photo - 11-Marino16 |
| Kemp 13 | Photo - 13-Marino1 |
| Kemp 14 | Photo - Fig3 – 220464-R1-24A |
| Kemp 15 | Photo - Fig5 – 220464-R1-22A |
| Kemp 16 | Photo - Fig6 – 2220464-R1-21A |
| Kemp 17 | Photo - Fire Scene |
| Kemp 18 | Photo - Fire Scene |
| Kemp 19 | Photo - Fire Scene |
| Kemp 20 | Photo - Fire Scene |
| Kemp 21 | Photo - 05790025 |
| Kemp 22 | Photo - 05790030 |
| Kemp 23 | Photo - 05790024 |
| Kemp 24 | Photo - 05780002 |
| Kemp 25 | Photo - Fig6 – 05780028 |
| Kemp 33 | Photo - Fire Scene |
| Kemp 34 | Photo - Fire Scene |
| Kemp 35 | Photo - Fire Scene |
| Kemp 36 | Photo - Fire Scene |
| Kemp 37 | Photo - 05800024 |
| Kemp 38 | Photo - Fire Scene |
| Kemp 39 | Photo - Fire Scene |
| Kemp 40 | Photo - Fire Scene |
| Kemp 41 | Photo - Fire Scene |
| Kemp 42 | Photo - Fire Scene |
| Kemp 43 | Photo - Fire Scene |
| Kemp 44 | Photo - Fire Scene |
| Kemp 45 | Photo - Fire Scene |
| Kemp 46 | Photo - Fire Scene |

| Exhibit No. | Description |
| --- | --- |
| Kemp 47 | Photo - 05800025 |
| Kemp 48 | Photo - Fire Scene |
| Kemp 49 | Photo - 0580023 |
| Kemp 50 | Photo - Fire Scene |
| Kemp 51 | Photo - Fire Scene |
| Kemp 52 | Photo - Fig16 – Fontaine1 |
| Kemp 53 | Photo - Fig17 – Fontaine9 |
| Kemp 54 | Photo - Fire Scene |
| Kemp 55 | Photo - Fire Scene |
| Kemp 56 | Photo - Fire Scene |
| Kemp 57 | Photo - Fire Scene |
| Kemp 58 | Photo - Fire Scene |
| Kemp 59 | Photo - Fig20 – BN62867_14A_600 |
| Kemp 60 | Photo - Fig21 – BN62867_22603_19A_600 |
| Kemp 61 | Fig2- plan |
| Kemp 62 | Fig15-plan2 |
| Kemp 63 | Photo - Evidence Fig24a BN62867_033 |
| Kemp 64 | Photo - Evidence Fig 24b BN62867_034 |
| Kemp 65 | Fig25 – BN62867_040 |
| Kemp 66 | Fig 26 – AE60392_I2_RC103_028 |
| Kemp 67 | Fig35 – AE60392_I2_RE105_008 |
| Kemp 68 | Photo - Evidence |
| Kemp 69 | Photo - Evidence  Fig34 – AE60392_I2RE105_007 |
| Kemp 70 | Photo - Fire Scene |
| Kemp 71 | Photo - Fire Scene |
| Kemp 72 | Photo - Fire Scene |
| Kemp 73 | Photo - Fire Scene |
| Kemp 74 | Photo - Evidence Fig27 – BN62867_003 |
| Kemp 75 | Photo - Evidence Fig28 – AE60392_I2_RD104_014 |
| Kemp 76 | Photo - Evidence Fig29 – AE60392_I2RD104_021 |

| Exhibit No. | Description |
|---|---|
| Kemp 77 | Photo - Evidence Fig30 – AE60392_I2_RD104032 |
| Kemp 78 | Photo - Evidence Fig31 – AE60392_I2_RD104_035 |
| Kemp 79 | Photo - Fire Scene |
| Kemp 80 | Photo - 05780014 |
| Kemp 81 | Photo - 05780017 |
| Kemp 82 | Photo - Fire Scene |
| Kemp 83 | Photo - Fire Scene |
| Kemp 84 | Photo - Fire Scene |
| Kemp 85 | Photo - Fire Scene |
| Kemp 86 | Photo - Fire Scene |
| Kemp 87 | Photo - Fire Scene |
| Kemp 88 | Photo - Fire Scene |
| Kemp 89 | Photo - 05790001 |
| Kemp 90 | Photo – Detached valve and connected copper tube (Horn Figure 1) |
| Kemp 91 | Photo – Area under kitchen sink (Horn Figure 2) |
| Kemp 92 | Photo – End of copper tubing (Horn Figure 3) |
| Kemp 93 | Photo – Brass fitting (Horn Figure 4) |
| Kemp 94 | Photo – Joint Section 1 (Horn Figure 5) |
| Kemp 95 | Photo – Joint Section 2 (Horn Figure 6) |
| Kemp 96 | Photo – Joint Section 3 (Horn Figure 7) |
| Kemp 97 | Photo – Joint Section 4 (Horn Figure 8) |
| Kemp 98 | Stereomicroscope Image - Joint Section 1 (Horn Figure 9) |
| Kemp 99 | Backscattered SEM image - Ridge on Joint Section 1 (Horn Figure 10) |
| Kemp 100 | EDS Spectra – Region in box 1 on Exhibit 99 (Horn Figure 11) |
| Kemp 101 | EDS Spectra – Region in box 2 on Exhibit 99 (Horn Figure 12) |
| Kemp 102 | Stereomicroscope Image – Joint Section 1 (Horn Figure 13) |
| Kemp 103 | Stereomicroscope Image – Joint Section 1 at higher magnification (Horn Figure 14) |
| Kemp 104 | Optical Photomicrographs – Copper tube of Joint Section 1 (Horn Figure 15) |
| Kemp 105 | Stereomicroscope Image – Joint Section 2 (Horn Figure 16) |

| Exhibit No. | Description |
|---|---|
| Kemp 106 | Backscattered SEM Image – Inner surface Joint Section 2 (Horn Figure 17) |
| Kemp 107 | EDS Spectra – Box in Exhibit 106 (Horn Figure 18) |
| Kemp 108 | Optical Photomicrograph – Cross-section inner surface Joint Section 2 (Horn Figure 19) |
| Kemp 109 | Backscattered SEM Image – Cross section of brass fitting in Joint Section 2 (Horn Figure 20) |
| Kemp 110 | EDS Spectra – Arrow #1 on Exhibit 109 (Horn Figure 21) |
| Kemp 111 | EDS Spectra – Arrow #2 on Exhibit 109 (Horn Figure 22) |
| Kemp 112 | EDS Spectra – Arrow #3 on Exhibit 109 (Horn Figure 23) |
| Kemp 113 | Stereomicroscope Images – Joint Section 3 outer surface copper tube (Horn Figure 24) |
| Kemp 114 | Stereomicroscope Images – Joint Section 3 outer surface copper tube (Horn Figure 25) |
| Kemp 115 | Optical Photomicrograph – Cross section Joint Section 3 (Horn Figure 26) |
| Kemp 116 | Stereomicroscope Image – Joint Section 4 (Horn Figure 27) |
| Kemp 117 | Backscattered Electron Image – Joint Section 4 (Horn Figure 28) |
| Kemp 118 | EDS Spectra – Box #1 on Exhibit 117 (Horn Figure 29) |
| Kemp 119 | EDS Spectra – Box #2 on Exhibit 117 (Horn Figure 30) |
| Kemp 120 | Optical Photomicrograph – Cross section brass fitting Joint Section 4 (Horn Figure 31) |
| Kemp 121 | Diagram – Copper-Tin alloy phase diagram (Horn Figure 32) |
| Kemp 122 | Diagram – Lead-Tin phase diagram (Horn Figure 33) |
| Kemp 123 | Schematic – Leaded brass fitting soldered to copper tube (Horn Figure 34) |
| Kemp 124 | Photo – Carriage house electrical panels (Diamond Figure 1) |
| Kemp 125 | Photo – Comparison between circuit breaker handle (Diamond Figure 2) |
| Kemp 130 | Photo – Carriage house kitchen floor debris (Diamond Figure 5) |
| Kemp 131 | Photo – Kitchen cabinet assembly (Diamond Figure 6) |
| Kemp 132 | CV – Timothy Myers, Ph.D. |
| Kemp 133 | CV – Quinn Horn, Ph.D. |
| Kemp 134 | CV – Andrew J. Diamond |

        Respectfully submitted,
        Defendants,
        Alfred Kemp, Individually and d/b/a Kemp Plumbing
        By their attorney,

        /s/ Christopher G. Betke
        Christopher G. Betke, BBO# 552588
        Ryan, Coughlin & Betke, LLP
        175 Federal Street
        Boston, MA 02110
        (617) 988-8050

**CERTIFICATE OF SERVICE**

I, Christopher G. Betke, hereby certify that on March 25, 2007, I served a copy of the within document via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

        /s/ Christopher G. Betke
        Christopher G. Betke