IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY )<br>15 Mountain View Road )<br>Warren, NJ 07061-1615 )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALFRED KEMP, Individually and d/b/a )<br>KEMP PLUMBING )<br>P.O. Box 1322 )<br>Pembroke, MA 02359 )<br>)<br>    and )<br>)<br>MARTIN SANDBORG, Individually and d/b/a )<br>SANDBORG PLUMBING AND HEATING )<br>13 Liberty Street )<br>Sandwich, MA 02563, )<br>)<br>    Defendants. )<br>) | Civil Action No.: 04-11975-RWZ |

### DEFENDANT ALFRED KEMP D/B/A KEMP PLUMBING'S
### OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS

The defendant Kemp objects to the following proposed exhibits from plaintiff:

| Plaintiff Exhibit No. | Objection |
|---|---|
| 1 | This report contains inadmissible hearsay. Defendant will reconsider its objection should Mr. McGinn testify. |
| 2dd | This photo is not authentic and was staged. Defendant was deprived of the right to review this evidence at the fire scene by the conduct of plaintiff's expert. |
| 2ee | This photo is not authentic and was staged. Defendant was deprived of the right to review this evidence at the fire scene by the conduct of plaintiff's expert. |

| Plaintiff Exhibit No. | Objection |
|---|---|
| 2hh | The person pointing at the hole is not evidence and amounts to improper argument to the jury via an exhibit |
| 3A | The person pointing at the hole is not evidence and amounts to improper argument to the jury via an exhibit |
| 3V | The pen pointing at the hole is not evidence and amounts to improper argument to the jury via an exhibit |
| 15A thru 15P | These documents including the arrows are not evidence but, rather, are an inauthentic rendering of the scene and an animated version of plaintiff's expert's contested opinion. As such, they are inadmissible. |
| 17B | The defendant does not agree with the symbols set forth on Ex. 17B and do not believe they accurately reflect the evidence. |
| 19A-19E | These are not representative of the evidence in this case but were created by plaintiff's expert without an established protocol or an opportunity for defendant to observe the process by which they were created. They are inauthentic and, as such are more prejudicial than probative. Exemplars are not evidence. |
| 20A-20C | These are not representative of the evidence in this case but were created by plaintiff's expert without an established protocol or an opportunity for the defendant to observe the process by which they were created. They are inauthentic and, as such are more prejudicial than probative. Exemplars are not evidence. |
| 21A-21B | These are not representative of the evidence in this case but were created by plaintiff's expert without an established protocol or an opportunity for the defendant to observe the process by which they were created. They are inauthentic and, as such are more prejudicial than probative. This test does not bear any reasonable relationship to the conditions present at the Marino Carriage House. |
| 35 | This photo is not authentic and was staged. Defendant was deprived of the right to review this evidence at the fire scene by the conduct of plaintiff's expert. |

Respectfully submitted,
Defendants,
Alfred Kemp, Individually and d/b/a Kemp Plumbing
By their attorney,

/s/ Christopher G. Betke
Christopher G. Betke, BBO# 552588
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

    I, Christopher G. Betke, hereby certify that on March 25, 2007, I served a copy of the within document via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

    /s/ Christopher G. Betke
    Christopher G. Betke