IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>            Plaintiff,<br><br>      v.<br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>      and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>            Defendants. | C.A. No.: 04-11975-RWZ<br>BBO# 552588 |

## DEFENDANT ALFRED KEMP D/B/A KEMP PLUMBING'S SUPPLEMENTAL AND CORRECTED LIST OF EXHIBITS TO WHICH THERE ARE OBJECTIONS

| Exhibit No. | Description |
|---|---|
| Kemp 27 | FIGURE 5.5.4.2 Early Compartment Fire Development |
| Kemp 28 | FIGURE 5.5.4.2.2 Preflashover Conditions in Compartment Fire |
| Kemp 29 | FIGURE 5.5.4.2.6 Flashover Conditions in Compartment Fire |
| Kemp 30 | FIGURE 5.5.4.2.7 Postflashover or Full Room Involvement in Compartment Fire |
| Kemp 31 | FIGURE 5.5.4.1(a)  Fire Confined by a Ceiling in a Large Room |
| Kemp 32 | FIGURE 6.17.2 Typical V Pattern Showing Wall and Wood Stud mage |
| Kemp 33 | FIGURE 6.17.7 Wood Wall Studs Showing Decreasing Damage as Distance from Fire Increases |

| Exhibit No. | Description |
|---|---|
| Kemp 126 | Table – Tripped circuit breakers (Diamond Table 1) |
| Kemp 127 | Photo – "TRIP" comparison between removed and exemplar circuit breaker (Diamond Figure 3) |
| Kemp 128 | Photo – "OFF" comparison between removed and exemplar breakers (Diamond Figure 4) |
| Kemp 129 | Table – Kitchen circuit breakers (Diamond Table 2) |

Respectfully submitted,
Defendants,
Alfred Kemp, Individually and d/b/a Kemp Plumbing
By their attorney,

/s/ Christopher G. Betke
Christopher G. Betke, BBO# 552588
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

## CERTIFICATE OF SERVICE

I, Christopher G. Betke, hereby certify that on March 25, 2007, I served a copy of the within document via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

/s/ Christopher G. Betke
Christopher G. Betke