IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>　　　and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>　　　　　　　Defendants. | C.A. No.: 04-11975-RWZ<br>BBO# 552588 |

1. Was the defendant, Alfred Kemp, negligent?

    YES _____    NO _____

2. Was the negligence of the defendant Alfred Kemp a proximate cause of the injuries and damages to the plaintiff?

    YES _____    NO _____

3. Did the defendant, Martin Sandborg, breach the implied warranty of workman-like performance?

    YES _____    NO _____

4.  Was the breach the implied warranty of workman-like performance by defendant Martin Sandborg a proximate cause of the injuries and damages to the plaintiff?

    YES _____    NO _____


DATED: _____                              _____
                                              FOREPERSON

CERTIFICATE OF SERVICE

    I, Christopher G. Betke, hereby certify that on the 26th day of March, 2007, I served a copy of the within document upon all counsel of records by serving counsel via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

                                                     /s/ Christopher G. Betke
                                                     Christopher G. Betke