IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061-1615<br><br>    Plaintiff,<br><br>v.<br><br>ALFRED KEMP, Individually and d/b/a<br>KEMP PLUMBING<br>P.O. Box 1322<br>Pembroke, MA 02359<br><br>    and<br><br>MARTIN SANDBORG, Individually and d/b/a<br>SANDBORG PLUMBING AND HEATING<br>13 Liberty Street<br>Sandwich, MA 02563,<br><br>    Defendants. | C.A. No.: 04-11975-RWZ<br>BBO# 552588<br>BBO#649301<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK IN THE ABOVE –MENTIONED COURT:

    Please enter the appearance of Andrew R. Ferguson, as an attorney for the defendant Alfred Kemp, Individually and d/b/a Kemp Plumbing, in reference to the above-entitled matter.

    Defendant,
    Alfred Kemp, Individually and d/b/a Kemp
    Plumbing
    By his attorneys,

    /s/ Andrew R. Ferguson
    Christopher G. Betke, BBO# 552588
    Andrew R. Ferguson, BBO#649301
    Ryan, Coughlin & Betke, LLP
    175 Federal Street
    Boston, MA 02110
    (617) 988-8050

CERTIFICATE OF SERVICE

    I, Andrew R. Ferguson, hereby certify that on the 26th day of March, 2007, I served a copy of the within document upon all counsel of records by serving counsel via electronic filing to: Matthew H. Feinburg, Esq., Feinberg & Kamholtz, 125 Summer Street, 6th Floor, Boston MA 02110; Daniel Q. Harrington, Esq., Cozen & O'Connor, 1900 Market Street 3rd Floor, Philadelphia, PA 19103; Philip Tierney, Esq., Finnegan, Underwood, Ryan & Tierney, 22 Batterymarch Street, Boston, MA 02109.

                                                               /s/ Andrew R. Ferguson
                                                               Andrew R. Ferguson