IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PACIFIC INDEMNITY COMPANY, | : | CIVIL ACTION NO. 04-11975(RWZ) |
| Plaintiff, | : | |
| v. | : | |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING | : | |
| and | : | |
| | : | **VERDICT** |
| MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING AND HEATING, | : | |
| Defendants. | : | |

1.  Was Alfred Kemp negligent?

    \_\_\_\_\_ YES        \_\_\_\_\_ NO

(If your answer to Question No. 1 is "Yes," proceed to Question No. 2. If your answer to Question No. 1 is "No," do not answer Question No. 2, but proceed to Question No. 3.)

2.  Was Alfred Kemp's negligence a substantial factor in causing the damages to the Marinos' carriage house?

    \_\_\_\_\_ YES        \_\_\_\_\_ NO

- 2 -

3.   Did Alfred Kemp fail to perform plumbing work in the carriage house in a workmanlike manner on December 19, 2002?

　　　_____ YES　　　_____ NO

(If your answer to Question No. 3 is "Yes," proceed to Question No. 4.  If your answer to Question No. 3 is "No," do not answer Question No. 4).

4.   Was Alfred Kemp's failure to perform plumbing work in the Marinos' carriage house in a workmanlike fashion on December 19, 2002 a substantial factor in causing the damage to the carriage house?

　　　_____ YES　　　_____ NO

Dated:_____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Foreperson