3/26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 04 11975RWZ

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY, | ) |
| Plaintiff | ) |
| VS. | ) |
| ALFRED KEMP, Individually and d/b/a KEMP PLUMBING, | ) |
| AND | ) |
| MARTIN SANDBORG, Individually and d/b/a SANDBORG PLUMBING and HEATING, | ) |
| Defendants | ) |

### PROPOSED VERDICT SLIP OF DEFENADNT MARTIN SANDBORG, INDIVIDUALLY AND D/B/A SANDBORG PLUMBING AND HEATING

1. Did the Plaintiff prove by a preponderance of the evidence that the Defendant Martin Sandborg, Individually and d/b/a Sandborg Plumbing and Heating, failed to exercise the degree of skill required of him in the circumstances of this case?

    Yes _____    No _____

2. Did the Plaintiff prove by a preponderance of the evidence that the Defendant Martin Sandborg, Individually and d/b/a Sandborg Plumbing and Heating, breached the implied warranty of workmanlike performance in this case?

    Yes _____    No _____

1

3. If your answers to questions 1 and 2 are in the affirmative, did the Plaintiff prove by a preponderance of the evidence that the breach of the implied warrant of workmanlike performance by the Defendant Martin Sandborg, Individually and d/b/a Sandborg Plumbing and Heating, proximately caused damages to the Plaintiff?

   Yes _____        No _____