UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11975-RWZ

PACIFIC INDEMNITY COMPANY

v.

ALFRED KEMP,
Individually and d/b/a Kemp Plumbing,
and
MARTIN SANDBORG,
Individually and d/b/a Sandborg Plumbing and Heating

## QUESTIONS TO THE JURY ON SPECIAL VERDICT

1. Was defendant, Alfred Kemp, negligent?

    ____YES        ✓ NO

*If the answer to Question 1 is NO, please return your verdict to the court.*
*If the answer to Question 1 is YES, please answer next Question 2.*

2. Was defendant Alfred Kemp's negligence a substantial factor in causing the fire and resultant damage to the Marino's carriage house?

    ____YES        ____NO

4/2/07
_____
Date

_____
Foreperson

1