## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__PACIFIC INDEMNITY CO.__
        Plaintiff(s)

v.                            CIVIL ACTION NO. __04CV11975-RWZ__

__ALFRED KEMP ET AL__
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

__ZOBEL, D.J.__

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    Judgment for DEFENDANT.

Dated: __4/2/07__                By  __LISA A. URSO__
                                                               Deputy Clerk